UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 12 2006



SUSANNE ATANUS,

    Plaintiff,

    v.

MICHAEL O. LEAVITT,
Secretary, U.S. Dep't of Health & Human Servs.

    Defendant.

Civil Action No. 06-1078 (JDB)

## ORDER

Under Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within one hundred and twenty (120) days after the filing of the complaint, the Court shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time. More than one hundred and twenty days have passed since the filing of the complaint in this civil action on June 13, 2006, and it does not appear from the record that the defendant has been served. Accordingly, it is this <u>12th</u> day of <u>October</u>, 2006, hereby

**ORDERED** that plaintiff shall, by not later than October 26, 2006, either (1) file with the Court proof that the defendant has been served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed. If plaintiff fails to comply with this Order or if the Court determines that plaintiff has not shown good cause for the failure to complete service in compliance with Rule 4(m), this case will be

dismissed without prejudice.

**SO ORDERED.**

/s/ John D. Bates
JOHN D. BATES
United States District Judge