UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE ATANUS,<br>9054 Buckingham Park Dr.<br>Des Plaines, IA 60016,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL O. LEAVITT,<br>Secretary,<br>U.S. Department of Health and Human Services,<br>330 Independence Ave., SW,<br>Washington, DC 20201,<br><br>      Defendant. | Civil Action No.: 06-1078 (JDB) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

                                              /s/
                                   ALAN BURCH, D.C. Bar # 470655
                                   Assistant United States Attorney
                                   555 4th St., N.W.
                                   Washington, D.C. 20530
                                   (202) 514-7204
                                   alan.burch@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served upon *pro se* Plaintiff by first class mail addressed to:

    SUSANNE ATANUS
    9054 Buckingham Park Dr.
    Des Plaines, IA 60016

on this 18th day of October, 2006.

    /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov