Oct 16 2006 3:45PM    E.L. Johnson Investigatio    3125831169    p.3

Case 1:06-cv-01078-JDB    Document 5    Filed 10/18/2006    Page 1 of 1

# Affidavit of Service

Client: Susanne Atanus
Case Number: 06-1078
County Filed: District of Columbia

I, **Daniel F. Portnoy**, a special process server of Capitol Process Service, license # **N/A** on oath state that I have:

**X** SUCCESSFULLY COMPLETED SERVICE OF THE WITHIN SERVICE OF SUMMONS AND COMPLAINT

___ Personal – *By leaving a copy of the document with each individual personally*

___ Abode – *By leaving a copy of the document at the usual place of residence of each individual defendant with a person who resides at the location, of the age of 13 years, or upwards, informing that person of the contents of the papers and also sending a copy of the document in a sealed envelope with postage fully prepaid and addressed to each individual defendant at is usual place of abode.*

**X** Corporate – *By leaving a copy of the document with a registered agent or officer of the corporation*

___ NOT COMPLETED SERVICE OF THE WITHIN SERVICE OF SUMMONS AND COMPLAINT

*(List date and time of all attempts)*
Comments:

_____
_____
_____
_____
_____

Name of Defendant: Mr. Michael O. Leavitt, Secretary, US Department of Health and Human Services
Street Address: 200 Independence Ave, SW
City, State, Zip: Washington, DC 20001
Given to: **Ama Owusa**
Sex: **F**    Race: **B**    Approximate Age: **30**
Relationship to Defendant: **Legal Assistant**
Date of Service: **10-02-06**    Time of Service: **12:30 p.m.**    Abode mailing date: _____

_____                              **10-02-06**
*Signature of Investigator*                                                  *Date*

Subscribed and sworn before me this
**October 2, 2006**                              _____
*Date*                                                       *Signature of Notary Public*

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires 3-31-2009

RECEIVED
OCT 18 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT