## Affidavit of Service

Client: Susanne Atanus
Case Number: 06-1078
County Filed: District of Columbia

I, __Daniel F. Portnoy__, a special process server of Capitol Process Service, license # __N/A__ on oath state that I have:

__X__ SUCCESSFULLY COMPLETED SERVICE OF THE WITHIN SERVICE OF SUMMONS AND COMPLAINT

____ Personal – *By leaving a copy of the document with each individual personally*

____ Abode – *By leaving a copy of the document at the usual place of residence of each individual defendant with a person who resides at the location, of the age of 13 years, or upwards, informing that person of the contents of the papers and also sending a copy of the document in a sealed envelope with postage fully prepaid and addressed to each individual defendant at is usual place of abode.*

__X__ Corporate – *By leaving a copy of the document with a registered agent or officer of the corporation*

____ NOT COMPLETED SERVICE OF THE WITHIN SERVICE OF SUMMONS AND COMPLAINT

(List date and time of all attempts)
Comments:

_____

Name of Defendant: Civil Process Clerk, US Attorney for the District of Columbia
Street Address: 501 Third Street, N.W. Ste. 4500
City, State, Zip: Washington, DC 20001
Given to: Gary Nails
Sex: M    Race: B    Approximate Age: 30
Relationship to Defendant: Document Clerk
Date of Service: 10-02-06    Time of Service: 1:10 p.m.    Abode mailing date:

Signature of Investigator    10-02-06
                             Date

Subscribed and sworn before me this
__October 2, 2006__
Date

__Angela H. Croson__
Signature of Notary Public

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires 3-31-2009