UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 26 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
Nunc pro tunc to_____
See Doc #_____

SUSANNE ATANUS,

    Plaintiff,

    v.

MICHAEL O. LEAVITT,
Secretary, U.S. Dep't of Health & Human Servs.

    Defendant.

Civil Action No. 06-1078 (JDB)

### ORDER

Plaintiff Susanne Atanus has filed a motion to seal a number of documents related to unpublished manuscripts written by plaintiff, including the manuscripts themselves. The submission of these documents to the Court is premature because no request for them has been made. If and when the documents are requested or deemed responsive to a discovery request, the Court would entertain a properly filed motion for a protective order. Therefore, upon consideration of plaintiff's motion to seal and the entire record herein, it is this <u>26th</u> day of <u>October</u>, 2006, hereby

**ORDERED** that plaintiff's motion is **DENIED**. The Clerk of the Court is directed to return to plaintiff the documents that were submitted with her motion.

**SO ORDERED.**

/s/ JOHN D. BATES
United States District Judge