UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE ATANUS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-1078 (JDB) |
| ) | |
| v. ) | |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, ) | |
| U.S. Department of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather and remove the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

/s/
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that I caused a copy of the foregoing Notice of Substitution of Counsel to be served upon *pro se* Plaintiff by first class mail addressed to:

   SUSANNE ATANUS
   9054 Buckingham Park Dr.
   Des Plaines, IA 60016

on this 22nd day of March, 2007

                                                /s/
                                          Robin M. Meriweather
                                          D.C. Bar # 490114
                                          Assistant United States Attorney
                                          555 4th St., N.W.
                                          Washington, D.C. 20530
                                          (202) 514-7198