## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SUSANNE ATANUS,

    Plaintiff,

      v.

MICHAEL 0. LEAVITT,
Secretary, U.S. Dep't of Health & Human Servs.

    Defendant.

Civil Action No. 06-1078 (JDB)

**FILED**

MAR 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

It is hereby **ORDERED** that the initial scheduling conference in this matter is set for May 11, 2007, at 9:00 a.m. in Courtroom 8. Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise. Parties are welcome to attend. Any party wishing to appear by telephone should contact the courtroom deputy at (202) 354-3 162 at least three business days prior to the scheduling conference.

Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than fourteen days following their conference, see L. Civ. R. 16.3(d), and in no event less than three business days before the initial scheduling conference -- May 8, 2007.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter. See L. Civ. R. 5.1(b). The parties are directed to the requirements of Local Civil Rule

-1-

7(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

      **SO ORDERED.**

                                 /s/ John D. Bates

                                   JOHN D. BATES
                          United States District Judge

Dated:  March  27.2007

-2-