# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SUSANNE ATANUS, | ) |
| Plaintiff, | ) Civil Action No.: 06-1078 (JDB) |
| v. | ) |
| MICHAEL O. LEAVITT,<br>Secretary, United States Department<br>of Health and Human Services, | ) |
| Defendant. | ) |

## SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Meet and Confer Statement, filed pursuant to Local rule 16.3, the following deadlines are hereby set in this case:

- The parties shall make initial disclosures, pursuant to Rule 26(a)(1), within thirty days of the date of this Order.

- The parties shall complete discovery by December 1, 2007.

- Motions for summary judgment shall be filed no later than 45 days after the close of discovery.

- Oppositions to motions for summary judgment shall be filed within 45 days after service of the motions.

- Replies regarding motions for summary judgment shall be filed within 21 days of service of the oppositions.

So ordered, this _____ day of _____, 2007.

_____
United States District Judge