UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE ATANUS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, U.S. Dep't of Health & Human Servs.<br><br>    Defendant. | Civil Action No. 06-1078 (JDB)<br><br>**FILED**<br><br>MAY 1 1 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## SCHEDULING ORDER

Pursuant to the conference with the Court held on this date, the 11th of May, 2007, and upon consideration of the parties' joint report and proposed scheduling order, it is hereby

**ORDERED** that:

1. The parties shall complete the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure by not later than June 11, 2007.

2. The parties shall complete discovery by not later than December 1, 2007, and shall comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

3. The parties shall appear for a status conference with the Court at 9:00 a.m. on December 7, 2007. Plaintiff may arrange to appear by telephone by contacting the courtroom deputy at (202) 354-3162 at least three business days prior to the scheduling conference.

4. The parties shall file any dispositive motions by not later than January 15, 2008. Briefs in opposition to such motions are due by not later than February 29, 2008.

Replies, if any, are due by not later than March 21, 2008.

/s/ John D. Bates
JOHN D. BATES
United States District Judge