UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE ATANUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:06CV01078 (JDB) |
| ) | |
| U.S. DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION TO ENLARGE DISCOVERY PERIOD AND FOR
ENLARGEMENT OF TIME TO SUBMIT DISPOSITIVE MOTIONS**

Pursuant to Fed. R. Civ. P. 6(b), Defendant, through undersigned counsel, respectfully moves the Court for a seventy-six day extension of the fact discovery deadline and the deadlines for dispositive motion briefing, making the new fact discovery deadline February 15, 2008. Discovery currently is scheduled to end December 1, 2007. Pursuant to Local Rule 7(m), the undersigned conferred with counsel for Plaintiff to obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement.

There is good cause to grant this motion. The parties have made a good faith effort to complete discovery in advance of the current deadline. Both parties have propounded written discovery upon each other, and Defendant has responded to Plaintiff's written discovery. However, Plaintiff has requested that Defendant give her approximately six additional weeks to prepare her discovery responses, making the deadline for her responses January 10, 2008. Defendant is willing to give Plaintiff additional time to complete her discovery responses. However, the lack of responses to Defendant's written discovery has hindered Defendant's ability to depose Plaintiff. Accordingly, counsel for Defendant will have to defer the deposition

of Plaintiff until after she has provided her discovery responses, *i.e.*, until late January or early February. The enlargement of the discovery also will give the parties additional time to resolve their current dispute concerning the adequacy of Defendant's responses to Plaintiff's interrogatories.

In addition, today Plaintiff informed counsel for Defendant that she would like to schedule depositions of agency witnesses. This enlargement of time will permit Plaintiff to conduct those depositions, and to complete her responses to Defendant's written discovery (which she intends to complete by January 10, 2008) during the discovery period.

For all those reasons, Defendant respectfully requests that the fact discovery deadline in this action be extended by seventy-six days. The enlargement will allow the parties to complete written discovery, take depositions, and continue to attempt to resolve their discovery disputes.

This enlargement should not affect the timing of the December 7, 2007 status conference, as Plaintiff has indicated that she would like to raise some discovery-related questions during that conference. However, as an enlargement of the discovery period will affect other pending deadlines, Defendant also requests that the Court modify the schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | December 1, 2007 | February 15, 2008 |
| Dispositive Motions | January 15, 2008 | March 31, 2008 |
| Response to Dispositive Motions | February 29, 2008 | May 15, 2008 |
| Reply to Dispositive Motions | March 21, 2008 | June 5, 2008 |

      Granting this enlargement should cause no prejudice.  A proposed order is submitted herewith.

Dated: November 30, 2007　　　　　　　　Respectfully submitted,

                                        /s/
                            JEFFREY A. TAYLOR, D.C. BAR #498610
                            United States Attorney

                                        /s/
                            RUDOLPH CONTRERAS, D.C. BAR #434122
                            Assistant United States Attorney

                                    /s/ Robin M. Meriweather
                            ROBIN M. MERIWEATHER, D.C. Bar # 490114
                            Assistant United States Attorney
                            555 4th St., N.W.
                            Washington, D.C. 20530
                            (202) 514-7198
                            Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 30th day of November, 2007, I caused a copy of the foregoing to be filed via the Court's electronic filing system and served upon Plaintiff by first-class mail, postage prepaid, addressed as follows:

Susanne Atanus
9054 Buckingham Park Drive
Des Plaines, IL 60016

                          /S/ Robin M. Meriweather
                        ROBIN M. MERIWEATHER, DC BAR # 490114
                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SUSANNE ATANUS,           ) | |
|                           ) | |
|    Plaintiff,             ) | |
|                           ) | |
| v.                        ) | |
|                           ) Case Number: 1:06CV01078 (JDB) | |
|                           ) | |
| U.S. DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES,       ) | |
|                           ) | |
|    Defendant.             ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion to Enlarge Discovery Period it is,

this _____ day of _____, 2007,

ORDERED that Defendant's Motion to Enlarge Discovery Period be, and hereby is, GRANTED;

it is further ORDERED that fact discovery shall be completed by February 15, 2008;

it is further ORDERED that dispositive motions shall be due by March 31, 2008;

it is further ORDERED that responses to dispositive motions shall be due by May 15, 2008;

it is further ORDERED that replies to dispositive motions shall be due by June 5, 2008;

SO ORDERED.

_____
United States District Judge