UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SUSANNE ATANUS,**

    **Plaintiff,**

    v.                                                  C.A. No. 06-1078 (JDB)

**MICHAEL O. LEAVITT, Secretary,**
**U.S. DEPARTMENT OF HEALTH AND**
**HUMAN SERVICES,**

    **Defendant.**

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2, Barry A. Gomberg and Brian S. Schwartz, attorneys for Plaintiff Susanne Atanus, move the court for admission *pro hac vice* in the above-captioned case. Mr. Gomberg and Mr. Schwartz reside in the Northern District of Illinois, where they are admitted to practice law. Pursuant to LCivR 83.2, Mr. Gomberg and Mr. Schwartz hereby submit certificates of good standing and affidavits to the Court as attachments to this motion.

I am a member in good standing of the Bar of this Court. I move that the Court admit Mr. Gomberg and Mr. Schwartz *pro hac vice* in the above-captioned case. I have agreed to serve as local counsel.

                                                      Respectfully submitted,

                                                      _/s/ Alan Banov_____
                                                      ALAN BANOV #95059
                                                      Alan Banov & Associates
                                                      8401 Colesville Road, Suite 325
                                                      Silver Spring, MD  20910
                                                      (301) 588-9699
                                                      Fax: (301) 588-9698
                                                      e-mail: abanov@banovlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, copies of the foregoing Motion for Admission Pro Hac Vice and of the attached declarations and proposed order were mailed, postage-prepaid, to the following counsel:

>Robin Meriweather, Esq.
>Assistant U.S. Attorney
>U.S. Attorney's Office
>555 4th Street N.W.
>Washington, D.C.  20530


_____
ALAN BANOV