UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SUSANNE ATANUS,**

    **Plaintiff,**

           v.                    C.A. No. 06-1078 (JDB)

**MICHAEL O. LEAVITT, Secretary,**
**U.S. DEPARTMENT OF HEALTH AND**
**HUMAN SERVICES,**

    **Defendant.**

## ORDER

    Upon consideration of the Motion for Admission *Pro Hac Vice*, the Declarations of Barry A. Gomberg and Brian S. Schwartz, the attorneys for Plaintiff Susanne Atanus, and the record herein, it is this _____ day of _____, 2008, hereby

    ORDERED that Barry A. Gomberg and Brian S. Schwartz be admitted to practice before this Court *pro hac vice* in the above-captioned case.

_____
JOHN D. BATES
JUDGE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Copies to:

Alan Banov, Esq.
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD 20895

Barry A. Gomberg, Esq.
Brian S. Schwartz, Esq.
Barry A. Gomberg & Associates
53 West Jackson Blvd., Suite 1350
Chicago, Illinois  60604

Robin Meriweather, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530