UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSANNE ATANUS,

   Plaintiff,

      v.                                  No. 06 1078 (JDB)

MICHAEL O. LEAVITT, Secretary,
U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

   Defendant.

### AFFIDAVIT OF BRIAN S. SCHWARTZ, COUNSEL FOR THE PLAINTIFF

Comes now Brian S. Schwartz and states to the captioned Court as follows:

1.    My full name is Brian Scott Schwartz and I practice law in the State of Illinois with an office located at 53 West Jackson Boulevard, Suite 1350, Chicago, Illinois 60604. My office telephone number is 312-922-0550.

2.    I am licensed to practice law in the State of Illinois. I was admitted to the State Bar of Illinois in November, 2000, and to the United States District Court for the Northern District of Illinois, the Central District of Illinois, the Northern District of Indiana and the Eastern District of Wisconsin.

3.    My current valid Illinois attorney number is 6273020.

4.    I certify that I have not been disciplined by the bar of any court; neither have I been held in contempt nor censored by any court, nor is any disciplinary proceeding presently pending in any said jurisdictions.

5.    That I have not been previously admitted to the bar of this court and do not have an application pending.

6. I hereby certify that the information provided in this affidavit is true to the best of my knowledge, information and belief.

FURTHER AFFIANT SAYETH NOT.

Dated: 12/21/07

Brian S. Schwartz

Sworn and subscribed to
before me this 21 day
of December, 2007

Notary Public

"OFFICIAL SEAL"
CURTIS R. BROWN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/24/2011