# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Barry Alfred Gomberg

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Barry Alfred Gomberg was duly admitted to practice in said Court on (06/09/1977) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (12/20/2007 )

Michael W. Dobbins, Clerk,

By: Krysten J. Coppoletta
Deputy Clerk

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Brian Scott Schwartz

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Brian Scott Schwartz was duly admitted to practice in said Court on (12/21/2000) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (12/20/2007 )

                              Michael W. Dobbins, Clerk,

                            By: Krysten J. Coppoletta
                            Deputy Clerk