UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE ATANUS, )<br> )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br>MICHAEL O. LEAVITT, Secretary, )<br>U.S. DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES, )<br> )<br>  Defendant. )<br>_____) | C.A. No. 06-1078 (JDB) |

**JOINT MOTION TO ENLARGE DISCOVERY PERIOD AND FOR
ENLARGEMENT OF TIME TO SUBMIT DISPOSITIVE MOTIONS**

Pursuant to Fed. R. Civ. P. 6(b), the Parties, through their undersigned counsel of record, respectfully move the Court for an extension of the discovery deadline and the deadlines for briefing dispositive motions, making the new fact discovery deadline May 30, 2008.

In support thereof, the Parties state as follows:

1. On December 28, 2007 this Honorable Court granted the motion of Plaintiff's lead counsel to appear *pro hac vice*.

2. Because Plaintiff was appearing *pro se*, there are many issues which need further investigation before the close of discovery and discovery responses will need supplementation.

3. Neither the Plaintiff nor the Defendant has taken any depositions to date.

4. An enlargement of time would permit the Parties to conduct depositions and complete written discovery.

5.An extension of time would affect the pending deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | February 15, 2008 | May 30, 2008 |
| Dispositive Motions | March 31, 2008 | July 15, 2008 |
| Response to Dispositive Motions | May 15, 2008 | August 28, 2008 |
| Reply to Dispositive Motions | June 5, 2008 | September 18, 2008 |

6.Granting this extension should cause no prejudice. A proposed order is submitted herewith.

Dated: January 30, 2008Respectfully submitted,

For Plaintiff:For Defendant:

/s/ Alan Banov/s/
ALAN BANOV, D.C. BAR#95059JEFFREY A. TAYLOR, D.C. BAR #498610
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD  20910/s/
(301) 588-9699RUDOLPH CONTRERAS, D.C. BAR #434122
Fax:  (301) 588-9698
e-mail: abanov@banovlaw.com

/s/ Robin M. Meriweather
BARRY A. GOMBERG, pro hac viceROBIN M. MERIWEATHER, D.C. BAR#490114
Barry A. Gomberg & AssociatesAssistant United States Attorney
53 West Jackson Blvd., Suite 1350555 4th St., N.W.
Chicago, Illinois  60604Washington, D.C. 20530
(312) 922-0550(202) 514-7198
e-mail: gomberglaw@aol.comemail:  Robin.Meriweather2@usdoj.gov

2