UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE ATANUS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | )    C.A. No. 06-1078 (JDB) |
| | ) |
| MICHAEL O. LEAVITT, Secretary, | ) |
| U.S. DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES, | ) |
| | ) |
|    Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Motion to Enlarge Discovery Period it is, this _____ day of _____, 2008,

ORDERED that the Joint Motion to Enlarge Discovery Period be, and hereby is, GRANTED;

it is further ORDERED that fact discovery shall be completed by May 30, 2008;

it is further ORDERED that dispositive motions shall be due by July 15, 2008;

it is further ORDERED that responses to dispositive motions shall be due by August 28, 2008;

it is further ORDERED that replies to dispositive motions shall be due by September 18, 2008;

SO ORDERED.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE