UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE ATANUS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES, )<br>)<br>Defendant. )<br>_____) | No. 1:06CV01078 (JDB) |

## JOINT MOTION FOR A PROTECTIVE ORDER

The parties, through undersigned counsel, respectfully move that the Court enter a protective order to govern the release, exchange, and use of confidential and/or protected information in the above-captioned action. The terms of the proposed protective order are set forth in the Stipulated Protective Order attached hereto as Exhibit 1.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198 Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov
*Counsel for Defendant*

_[signature]_
BARRY A. GOMBERG, admitted *pro hac vice*
BARRY A. GOMBERG & ASSOCIATES, LTD.
53 W. Jackson, Suite 1350
Chicago, IL 60604
(312) 922-0550
*Counsel for Plaintiff*

-2-