UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE ATANUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-1078 (JDB) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO ENLARGE DISCOVERY PERIOD AND FOR
ENLARGEMENT OF TIME TO SUBMIT DISPOSITIVE MOTIONS**

Pursuant to Fed. R. Civ. P. 6(b), the parties, through their undersigned counsel, respectfully move the Court to extend the current discovery deadline from May 30, 2008, to June 30, 2008, for the limited purpose of completing depositions.

In support thereof, the parties state as follows:

1. The parties have been actively engaging in discovery. At this time, both parties have issued Requests to Admit, Plaintiff has issued supplemental Document Requests, and Plaintiff has taken three depositions. In addition to the foregoing, the parties have either scheduled, or are in the process of scheduling, approximately eight additional depositions, including that of Plaintiff Susanne Atanus.

2. An enlargement of time for the limited purpose of completing depositions would permit the parties to complete the depositions. The parties have agreed to limit the depositions to four hours in duration, except for the deposition of the Plaintiff, for which the full time permitted under the Federal Rule of Civil Procedure 30(d) will likely be required.

3.	Counsel for Defendant who is principally responsible for litigating this matter will be out of the country from May 15, 2008, through May 23, 2008, making the scheduling for the remaining depositions more difficult.

4.	An extension of time would affect the pending deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | May 30, 2008 | June 30, 2008 |
| Dispositive Motions | July 15, 2008 | July 31, 2008 |
| Response to Dispositive Motions | August 28, 2008 | September 15, 2008 |
| Reply to Dispositive Motions | September 18, 2008 | September 30, 2008 |

5.	Granting this extension should cause no prejudice to any party or to the Court. A proposed order is submitted herewith.

Dated:  May 21, 2008                                        Respectfully submitted,

For Plaintiff:                                                             For Defendant:


  /s/ Alan Banov                                                   /s/ Jeffrey A. Taylor
ALAN BANOV, D.C. BAR #95059              JEFFREY   A.   TAYLOR,   D.C.   BAR #498610
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD  20910                              /s/ Rudolph Contreras
(301) 588-9699                                             RUDOLPH CONTRERAS, D.C. BAR #434122
Fax:  (301) 588-9698
e-mail: abanov@banovlaw.com


  /s/ Barry A. Gomberg                                    /s/ Robin M. Meriweather
BARRY A. GOMBERG, pro hac vice           ROBIN M. MERIWEATHER, D.C. BAR#490114
Barry A. Gomberg & Associates              Assistant United States Attorney
53 West Jackson Blvd., Suite 1350            555 4th St., N.W.
Chicago, Illinois  60604                              Washington, D.C. 20530
(312) 922-0550                                            (202) 514-7198
e-mail: gomberglaw@aol.com                  email:  Robin.Meriweather2@usdoj.gov