# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNE ATANUS,            ) | |
|                            ) | |
|     Plaintiff,             ) | |
|                            ) | |
|     v.                     ) | C.A. No. 06-1078 (JDB) |
|                            ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
| U.S. DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES,            ) | |
|                            ) | |
|     Defendant.             ) | |

## ORDER

Upon consideration of the Parties' Joint Motion to Enlarge Discovery Period it is, this ___ day of _____, 2008,

ORDERED that the Joint Motion to Enlarge Discovery Period be, and hereby is, GRANTED; and

it is further ORDERED that fact discovery for the limited purpose of completing depositions shall be completed by June 30, 2008; and

it is further ORDERED that any dispositive motions shall be filed by July 31, 2008; that responses to dispositive motions shall be filed by September 15, 2008; and that any replies to dispositive motions shall be filed by September 30, 2008.

SO ORDERED.

JOHN D. BATES
UNITED STATES DISTRICT JUDGE