UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
SUSANNE ATANUS,                       )
                                      )
    Plaintiff,                        )
                                      )
    v.                                )
                                      )   C.A. No. 06-1078 (JDB)
MICHAEL O. LEAVITT, Secretary,        )
U.S. DEPARTMENT OF HEALTH AND         )
HUMAN SERVICES,                       )
                                      )
    Defendant.                        )
_____)

**CONSENT MOTION TO ENLARGE DISCOVERY PERIOD AND JOINT
MOTION FOR ENLARGEMENT OF TIME TO SUBMIT DISPOSITIVE MOTIONS**

       Pursuant to Fed. R. Civ. P. 6(b), Plaintiff, through her undersigned counsel of record, respectfully moves the Court for an extension of the discovery deadline to July 31, 2008 for the limited purpose of completing depositions. Defendant consents to Plaintiff's enlargement request. In addition, the Parties jointly move for an enlargement of time to submit dispositive motions.

       In support thereof, the Parties state as follows:

       1.     The Parties have been actively engaging in discovery. Plaintiff has taken five depositions, and Defendant has deposed the Plaintiff. In addition, Plaintiff has one deposition scheduled for July 1, 2008 and the other for July 2, 2008. The Parties have yet to find mutually agreeable dates for the remaining two deponents.

       2.     An enlargement of time for the limited purpose of completing depositions would permit the Parties to complete the depositions. The Parties have agreed to limit the depositions to four hours in duration.

3.      The Parties have been diligent in their attempts to schedule the remaining depositions.  Scheduling has been difficult because many of the deponents no longer work for Defendant and have required service of subpoenas, and because the depositions needed to be scheduled around the availability of the deponents as well as Plaintiff's counsel, counsel for the Department of Health and Human Services and the Assistant U.S. Attorney assigned to this matter.

4.      Given that depositions are not yet complete, the Parties anticipate that they will need additional time to prepare dispositive motions.  The Parties will need to obtain and review the deposition transcripts, in order to determine whether those materials should be included as exhibits to their respective dispositive motions and opposition briefs.  Accordingly, the Parties request that the briefing schedule be modified as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of Discovery | June 30, 2008 | July 31, 2008 |
| Dispostive Motions | July 31, 2008 | September 12, 2008 |
| Response to Dispositive Motions | September 15, 2008 | October 10, 2008 |
| Reply to Dispositive Motions | September 30, 2008 | October 28, 2008 |

5.      Granting this extension should cause no prejudice.  A proposed order is submitted herewith.

Dated:  June 30, 2008                                        Respectfully submitted,

For Plaintiff:                                                            For Defendant:

   /s/ Alan Banov                                                       /s/ Jeffrey A. Taylor
ALAN BANOV, D.C. BAR #95059             JEFFREY A. TAYLOR, D.C. BAR #498610
Alan Banov & Associates
8401 Colesville Road, Suite 325
Silver Spring, MD  20910                                    /s/ Rudolph Contreras
(301) 588-9699                                                   RUDOLPH CONTRERAS, D.C. BAR # 434122
Fax:  (301) 588-9698
e-mail:  abanov@banovlaw.com

| | |
|---|---|
| _____/s/ Barry A. Gomberg_____ | _____/s/ Robin M. Meriweather_____ |
| BARRY A. GOMBERG, pro hac vice | ROBIN M. MERIWEATHER, D.C. BAR #490114 |
| Barry A. Gomberg & Associates | Assistant United States Attorney |
| 53 West Jackson Blvd., Suite 1350 | 555 4th Street, N.W. |
| Chicago, Illinois  60604 | Washington, D.C. 20530 |
| (312) 922-0550 | (202) 514-7198 |
| e-mail:  gomberglaw@aol.com | e-mail:  Robin.Meriweather2@usdoj.gov |