# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **SUSANNE ATANUS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )    **C.A. No. 06-1078 (JDB)** |
| **MICHAEL O. LEAVITT, Secretary,** | ) |
| **U.S. DEPARTMENT OF HEALTH AND** | ) |
| **HUMAN SERVICES,** | ) |
| | ) |
| **Defendant.** | ) |

_____)

## ORDER

Upon consideration of the Consent Motion to Enlarge Discovery Period and the Parties
Joint Motion for Enlargement of Time it is, this _____day of _____, 2008,

ORDERED that the Motion to Enlarge Discovery Period and Joint Motion for
Enlargement of Time be, and hereby is, GRANTED;

it is further ORDERED that the depositions shall be completed by July 31, 2008;

it is further ORDERED that dispositive motions shall be due by September 12, 2008;

it is further ORDERED that responses to dispositive motions shall be due by October 10,
2008;

it is further ORDERED that replies to dispositive motions shall be due by October 28,
2008;

SO ORDERED.


_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE