# EXHIBIT 7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSANNE ATANUS,                                )
                                               )
        Plaintiff,                             )  Civil Action No. 061078 (JDB)
                                               )
v.                                             )
                                               )
MICHAEL O. LEAVITT, Secretary,                 )
U. S. Department of Health and Human           )
Services (HHS),                                )
                                               )
        Defendant.                             )


## DECLARATION OF MELINDA BING

Pursuant to 28 U.S.C. § 1746, I, Melinda Bing, declare:

1. I have been informed that Susanne Atanus ("Plaintiff") has filed suit in the Federal
   District Court of the District of Columbia alleging that she was discriminated against on
   the bases of race (Caucasian/white), national origin (second generation Assyrian), gender
   (female), religion (Christian/Catholic), age (DOB 12/7/1958), and reprisal (alleged prior
   compliant against the General Services Administration) when on September 8, 2004, she
   was not considered for the Outstanding Scholarship Program and her score was not high
   enough to make the best qualified list for the position of Writer/Editor, GS-1082 11/12
   that was advertised under Vacancy Announcement No. HHS-OIG-2004-0160, advertised
   from July 27, 2004 through August 17, 2004.

2. I am submitting this Declaration for the Defendant's use in the above-referenced case.

3. I am currently a Human Resources Specialist, Rockville Human Resources Center
   ("RHRC"), Department of Health and Human Services ("DHHS").

4. My job duties as a Human Resources Specialist include Staffing.

5. I have held this position for approximately 7 years.

6. I have worked for DHHS for approximately 7 years.

7. I am able to access the Human Resources log which contains information on vacancy
   announcements from previous years.

8. I have checked the log to confirm the names of the selectees under Vacancy
   Announcement Number HHS-OIG-2004-0160. The selectees were the following:

Brian Moskal (Chicago, IL)
Sara Allinder Mestre (Kansas City, MO)
Michael Greissel (Dallas, TX)
Charles Liverhant (New York, NY)

9. Eric Sorensen was hired as a GS 11 Writer/Editor under a different Vacancy Announcement than the one at issue in this case; Mr. Sorensen was hired under Vacancy Announcement Number HHS-OIG-2004-0022 advertised from October, 10, 2003 through November 10, 2003.

10. Richard Mills was hired as a GS 12 Writer/Editor under a different Vacancy Announcement than the one at issue in this case; Mr. Sorensen was hired under Vacancy Announcement Number HHS-OIG-2004-0028 advertised from December 10, 2003 through December 24, 2003.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_____
Melinda Brig
Human Resources Specialist
Rockville Human Resources Center
Department of Health and Human Resources

December 17, 2007
Date

Writer/Editor Selectees
Vacancy HHS OIG 2004-0160

| Location | Name | Grade | Certificate | RNO | Gender | DOB (age) |
|----------|------|-------|-------------|-----|--------|-----------|
| CHICAGO | Brian Moskal | GS-12 | DEU (Veteran) | White | Male | 1946 (58) |
| DALLAS | Michael Greissel | GS-12 | DEU | White | Male | 1963 (41) |
| KANSAS CITY | Sara Allinder-Mestre | GS-12 | non-competitive | White | Female | 1976 (28) |
| NEW YORK | David Liverhant | GS-11 | DEU | White | Male | 1961 (43) |
| *(Incumbents)* | | | | | | |
| | Eric Sorensen | GS-11 | hired 2/04 | White | Male | 1961 (43) |
| | Richard Mills | GS-12 | hired 2/04 | White | Male | 1965 (39) |

Created by investigator, Elizabeth Christie
Sources:
Exhibit F1 (a)
Exhibit F3, p. 4
Exhibit F4, p. 5
Exhibit F5 (h) i

*Elizabeth Christie*
4/19/05

F1d  1 of 1

# EXHIBIT 8



HHS Careers Online Home  |  HHS Job Search  |  Commissioned Corps  |  Student Opportunities  |
HHS Careers Online FAQs  |  Employee Benefits  |  Other Federal Jobs  |  Federal Salaries  |
Questions regarding HHS Careers Online?

## Vacancy Information



| | |
|---|---|
| **Announcement Number:** | HHS-OIG-2004-0160 |
| **Vacancy Description:** | Writer Editor |
| **Open Period:** | 07/27/2004 - 08/17/2004 |
| **Series/Grade:** | GS-1082-11/12 |
| **Salary:** | $44,136.00 TO $68,766.00 |
| **Promotion Potential:** | GS-12 |
| **Hiring Agency:** | Office of Secretary of Health and Human Services |
| **Duty Locations:** | Atlanta, GA<br>Boston, MA<br>Chicago, IL<br>Dallas, TX<br>Kansas City, MO<br>New York, NY<br>Philadelphia, PA |
| **Remarks:** | APPLICATIONS (RESUME AND APPLICATION QUESTIONS) MUST BE RECEIVED ON-LINE VIA THE QUICKHIRE WEB SITE BEFORE MIDNIGHT EASTERN TIME ON THE CLOSING DATE OF THIS |

F5a 1 of 20

**ANNOUNCEMENT. PLEASE SEE BELOW FOR DETAILS ON USING THE QUICKHIRE SYSTEM.**

For more information, Contact:    **QuickHire HelpDesk, 888-478-4340**
quickquestions@psc.gov

## Additional Information

*Salary range listed above does not include locality pay*

AREA OF CONSIDERATION:
All Sources.

POSITION DETAILS

Appointment Type:  Permanent
Work Schedule:  Full Time
Tenure:  Career/Career-Conditional
Bargaining Unit Position:  No
Merit Promotion Position:  Yes
Travel Required:  Yes - Occasional

ORGANIZATIONAL LOCATION:

HHS, Office of the Secretary (OS), Office of the Inspector General (OIG),
Office of Audit Services (OAS).

Duty Locations:

Boston, MA; New York, NY; Philadelphia, PA; Atlanta, GA; Chicago, IL;
Dallas, TX; and Kansas City, MO.

DUTIES AND RESPONSIBILITIES:

If selected for this position, you will:

. Prepare various materials used to present, promote, or explain OAS
programs, activities, and audit findings;

. Write materials such as reports of audit findings, technical articles,
periodicals, technical manuals, brochures, and speeches;

. Review manuscripts, reports, etc., to ensure these meet HHS and OIG
standards for publication or dissemination;

. Provide assistance to Office staff engaged in the preparation of various
written materials, including correspondence, audit reports, etc.;

. Assist in the preparation of various charts, special reports, or
analyses needed for Congressional testimony, briefings, or special
meetings.

BASIC QUALIFICATIONS:

You are required to submit a 3-5 page writing sample for this vacancy.
Writing samples must be received by the closing date of this announcement.

Fax or email your writing samples to:

FSa 2 of 20

Fax: 301-480-3864

*NOTE: You must include the vacancy announcement number on your fax cover sheet.*

Email: quickquestions@psc.gov

*NOTE: You must include the vacancy announcement number on your subject line.*

An additional test of editorial skills will be required during the interview process.

GS-11:

You must have one year of specialized experience that has equipped you with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and that is typically in or related to the work of the position to be filled. To be creditable, specialized experience must have been equivalent to at least the GS-9 level in the Federal Government.

OR

Ph.D. or equivalent doctoral degree, if related

OR

3 full years of related progressively higher level graduate education leading to such a degree

OR

LL.M., if related

OR

Equivalent combinations of related graduate education and specialized experience.

GS-12:

You must have one year of specialized experience that has equipped you with the particular knowledge, skills, and abilities to perform successfully the duties of the position, and that is typically in or related to the work of the position to be filled. To be creditable, specialized experience must have been equivalent to at least the GS-11 level in the Federal Government.

CURRENT STATUS APPLICANTS APPLYING THROUGH MERIT PROMOTION PROCEDURES MUST ALSO MEET TIME IN GRADE RESTRICTIONS.

QUESTIONS REGARDING THIS ANNOUNCEMENT SHOULD BE REFERRED TO:

Rockville Center HelpDesk
Telephone (888)-478-4340
quickquestions@psc.gov
Hours of operation: Monday through Friday 7:30AM to 4:00PM EST
TTY/TDD (800)-877-8339

HOW TO APPLY:

F5a  3 of 20

Applications (resume and application questions) for this vacancy MUST be received on-line via the HHS Careers QuickHire web site before midnight Eastern Standard Time (click here for current time) on the closing date of this announcement.

*The HHS Careers QuickHire system simplifies the Federal application process by replacing the former KSA job-element statements with on-line self-assessment questions.* Your resume and responses to the self-assessment questions are an integral part of the process for determining your basic and specialized qualifications for the position. Therefore, it is important to support your responses to the applicant assessment questions by providing examples of past and present experience when requested.

There are several parts of the application process that affect the overall evaluation of your application:

1.    Your resume
2.    Your responses to the core questions
3.    Your responses to the self-assessment questions
4.    Your supporting documents

High self-assessment in the vacancy questions that is not supported by information in your resume, essay responses, and/or supporting documents may eliminate you from best-qualified status or result in a lowered score.

Additional details on the application process can be found at the end of this announcement.

The HHS QuickHire web site can be accessed at: https://jobs.quickhire.com/scripts/hhs.exe

SUPPORTING DOCUMENTATION:

Supporting documentation (Standard form 50, DD-214, etc.) MUST be received no later than 72 hours from the closing date of this announcement. Documentation must be faxed to the attention of the Rockville Center HelpDesk at 1-888-839-5244.  Include the vacancy announcement number on all faxed documents.  Do not fax resumes or applications.

REASONABLE ACCOMMODATION:

This agency provides reasonable accommodation to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please contact the Rockville Center HelpDesk Telephone (888)-478-4340, TTY/TDD (800)-877-8339; email quickquestions@psc.gov. The decision on granting reasonable accommodation will be made on a case-by-case basis.

If applying online poses a hardship to you, the Rockville Center HelpDesk listed on the announcement will provide assistance to ensure that applications are submitted online by the closing date.  You must contact the Rockville Center HelpDesk prior to the closing date of this announcement to receive assistance.  Hours of operation: Monday through Friday 7:30AM to 4:00PM EST

ADDITIONAL DETAILS ON USING THE HHS CAREERS QUICKHIRE SYSTEM

FSa 4 of 20

1. If you have never used the HHS Careers QuickHire system you will need to register as a new user. Registration will involve entering your resume into the system and responding to a series of core questions that will allow the HHS HR specialists to evaluate your background for basic employment eligibility.

2. Once you have completed the registration process you must locate and view the vacancy you wish to apply for on the HHS Careers QuickHire system. Scroll down to the end of the vacancy announcement and select the "Apply to this Vacancy" button. Answer ALL questions that follow. You must click "Finished" button at the bottom of the screen to be considered for a specific position. Upon completing the application process you will receive an electronic acknowledgement that you application has been successfully transmitted. Select the "I would like a copy of the questions and my responses sent to my e-mail account." option to have your responses emailed to you.

NOTE: We encourage you to select the "View Vacancy Questions" button so you may preview the vacancy questions prior to applying for this position.

You will not be considered for the position if any part of the application is incomplete. You must provide the required user information (including your resume in the designated section), as well as responses to the questions specific to the vacancy in order to receive consideration.

ADDITIONAL EMPLOYMENT INFORMATION:

Veterans Information

Former Federal employee reinstatement eligibility

Department of Health and Human Services (DHHS) Surplus or displaced Employees CTAP criteria.

Displaced Federal employees ICTAP criteria.

---

This is a PREVIEW ONLY! To apply for the vacancy you will answer the questions online.

## Job Specific Questions

Grade: 12

**\* 1. GS-12 Choose one answer that best describes your experience as related to the basic qualification requirements for this position:**
    1. I have at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-11 level in the Federal service as described in the vacancy announcement.
    2. My experience does not match the choice above.

*Examples of specialized experience at the GS-11 level may include:* complex research

F5a  5 of 20

*of multiple topics; analysis/presentation of information to varied audiences; disseminating information to the public using organizational point of view; presenting information for publication; reporting, explaining, and interpreting factual information with an eye toward policy requirements; writing or editing for electronic media.*

Grade: 11

**\* 1. GS-11 Choose one answer that best describes your experience, education, or combination of education and experience as related to the basic qualification requirements for this position:**

1. I have at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-09 level in the Federal service as described in the vacancy announcement.

2. I have completed 3 full years of progressively higher level graduate education OR possess a Ph.D. or equivalent doctoral degree.

3. I have a combination of graduate level education beyond the first 2 years of progressive graduate study and specialized experience that together meets 100% of the qualification requirements for this position.

4. I do not meet any of the requirements described above.

***Examples of specialized experience at the GS-09 level may include:*** *gathering, developing and checking the accuracy of information by research with subject-matter specialists and program officials; working with various documents prepared by staff experts; advising/assisting authors; editing and preparing documents for publication. Consulting skills to review or produce technical manuscripts, book chapters, abstracts, reports, manuals, etc.*

All Grades

**APPLICANT GUIDANCE:**

Please be sure to allow yourself adequate time to apply for this vacancy. We recommend that you review the questions for this announcement before you start the application process. The system will not save your responses unless you finish all of the questions for the specific grade level for which you are applying. If you wish to save your answers and return to your application at a later time, then you must respond to all of the questions for the specific grade level.

HOW TO SAVE YOUR ANSWERS: The QuickHire system only saves responses on a screen-by-screen basis. What does that mean? Each time you reach AND select a "Continue" or "Finish" button at the bottom of the page, the system saves the answers on that screen. All questions up to that point must have an answer, or an error message will be created. WHAT IF YOU EXIT THE APPLICATION AND DON'T ANSWER ALL OF THE QUESTIONS BEFORE THE "CONTINUE" OR "FINISH" BUTTON? Those answers on that screen will not be saved!!

**0. Please indicate the location(s) for which you wish to be considered.**

**\* 1. Select the answer that describes your education/experience in researching,**

FSa 6 of 20

analyzing, and evaluating complex information.

    1. I have not had education, training or experience in performing this task.

    2. I have had education or training in performing this task, but have not yet performed it on the job.

    3. I have performed this task on the job, with close supervision from supervisor or senior employee.

    4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.

    5. In addition to independently performing this task as a regular part of my job, I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as expert for assistance in performing task.

**\* 2. From the answer choices below, please select the one that best reflects your ability to communicate technical and non-technical information in writing.**

    1. I have only written non-technical information to persons on the job.

    2. I have written both types of information on the job for superiors, co-workers and others. I am proficient at this job function.

    3. I have been acknowledged for my ability to write technical and non-technical information for a variety of inside and outside readers. My writing skills are considered to be of superior quality.

    4. None of the above.

**\* 3. Please describe below your ability to communicate clearly in writing a variety of legal and/or analytical and technical documents or articles that require a research and analytical approach:**

    (Essay Question)

**\* 4. I have reviewed and edited documents produced by others to ensure proper quality, content, and grammatical usage prior to dissemination or publication.**

    True  False

**\* 5. I have written and edited:**
Check all that apply

    1. Technical Articles
    2. Press Releases
    3. Technical Manuals
    4. Brochures
    5. Pamphlets
    6. Speeches
    7. Scripts
    8. Reports of audit findings
    9. Periodicals
    10. None of the above

**\* 6. Have you worked in a high level office with complex assignments of a widely varying nature, short deadlines, and competing demands for attention?**

    Yes  No

**\* 7. Indicate which of the following personal computer and word processor software you are proficient in using (proficient means you understand and utilize a major part of the system`s functionality/capabilities).**

F5a   7 of 20

Check all that apply
1. Microsoft Word
2. Microsoft Access
3. Microsoft Excel
4. Microsoft Powerpoint
5. Word Perfect
6. Lotus
7. Windows 98
8. Windows 2000
9. Presentation
10. Database
11. Harvard Graphics
12. Spreadsheets
13. None of the above apply.

**\* 8. Have you searched for and extracted information from files, documents, reports, publications, or other materials to compose written materials?**
1. I have not had education, training or experience in performing this task.
2. I have had education or training in performing this task, but have not yet performed it on the job.
3. I have performed this task on the job, with close supervision from supervisor or senior employee.
4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.
5. In addition to independently performing this task as a regular part of my job, I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as expert for assistance in performing task.

**\* 9. Which of the following best reflects your ability to communicate technical and non-technical information orally?**
1. I have completed post high school education or formal training in public speaking or managerial communications.
2. I have orally presented non-technical information on the job to superiors, co-workers and others.
3. I have orally presented non-technical and technical information on the job to superiors, co-workers and others.
4. I have been acknowledged by management for my ability to orally communicate technical and non-technical information to a variety of inside and outside persons.
5. None of the above

## METHOD OF CONSIDERATION:

*Delegated Examining Process (DE)*

*This process only allows consideration of the top three ranked candidates and veteran's preference rules apply. If status applicants are selected through this process, they may have to serve another probationary period and their tenure group may be affected.*

*Merit Promotion Process (MP)*

*This process allows consideration of the top 5-10 ranked candidates (actual number will be based on the advertising agencies merit promotion plan). To be eligible for the merit promotion process individuals must be currently serving under a career/career-conditional appointment in the Competitive Service or have reinstatement eligibility.*

F5a 8 of 20

*Non-Competitive Process (NC)*

*This process allows consideration of all individuals who meet the requirements for non-competitive referral. To be eligible for non-competitive referral, individuals must (1) be basically qualified for the position and (2) currently/previously served in a competitive service position that has equivalent or greater promotion potential than the position being advertised.*

*Commissioned Corps Personnel*

*Unless specifically requested, active Commissioned Corps Officers will be adjudicated under Non-Competitive (NC) procedures only. Those who elect to apply and are selected under Delegated Examining procedures will have to resign their commission. Please specifically indicate how you would like to be considered for this vacancy.*

**\* 10. Choose a method of consideration - Please select one choice from the following:**

1. (DE) I am not a Federal employee in the career competitive service with permanent or conditional tenure OR I am a current or former Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my Standard Form 50 (Notice o' Personnel Action), please consider me only through the Delegated Examining process.

2. (MP-only) I am a current or former Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my Standard Form 50 (Notice of Personnel Action). Please consider me through the merit promotion process in which I will compete with all status applicants.

3. (MP and DE) I am a current or former Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my Standard Form 50 (Notice o' Personnel Action). Please consider me via both of the methods described in the previous choices.

4. (NC-only) I am an active USPHS Commissioned Corps Officer OR a current or former Federal employee in the career competitive service with permanent or conditional tenure, I am eligible for noncompetitive consideration because I am currently holding or have held a permanent grade that is equal to or above the full performance level/promotion potential of the position being advertised.

5. (NC and DE) I am a current or former Federal employee in the career competitive service with permanent or conditional tenure that is eligible for noncompetitive consideration as described above. I would also like to be considered through the Delegated Examining Process.

**STANDARD FORM 50 (NOTICE OF PERSONNEL ACTION):**

\*\*\*All status and reinstatement eligible applicants **MUST** submit a copy of their appointment or promotion Standard Form 50 verifying current grade, promotion potential, reinstatement eligibility or Highest Federal civilian grade. Please do not send Awards or Pay Adjustment SF-50's. SF-50s **must** be received no later than 72 hours from the closing date of this announcement.

For additional information on reinstatement eligibility visit:
http://www.usajobs.opm.gov/ei2.asp

**PRIORITY CONSIDERATION:**

\*\*\*If you are claiming ICTAP or CTAP preference, you must fax all required documentation

F5a 9 of 20

within 72 hours of the closing date of this announcement to the number below.

Follow the links listed below for ICTAP and CTAP eligibility and supporting documentation requirements.

Follow this link for CTAP eligibility

Follow this link for ICTAP eligibility

**VETERAN'S PREFERENCE:**

***If claiming 5 point veterans preference, you must submit copy #4 of your DD214.

***If claiming 10-points veterans preference on the basis of a disability, you must submit copy #4 of your DD-214 and appropriate documentation from the Department of Veterans Affairs signed and dated within 12 months of the application.

*Supporting documentation MUST be received no later than 72 hours from the closing date of this announcement. Documentation must be faxed to the attention of the Rockville Center HelpDesk at 1-888-839-5244. Include the vacancy announcement number on all faxed documents. Do not fax resumes or applications.*

HHS Home | Questions? | Contact Us | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services • 200 Independence Avenue, S.W. • Washington, D.C. 20201

F5a  10 of 20



# QuickHire®
Evaluate the people, not the paper.

# Department of Health and Human Services

## Weights and Screen Outs Report

Vacancy Number: HHS-OIG-2004-0160

Vacancy Description: Writer Editor

Questions with an * are mandatory and require a response to be considered for this position.

All Grades    Max Possible Score: 100

| Question | Weight | Screen Out |
|---|---|---|

HOW TO SAVE YOUR ANSWERS: The QuickHire system only saves responses on a screen-by-screen basis. What does that mean? Each time you reach AND select a "Continue" or "Finish" button at the bottom of the page, the system saves the answers on that screen. All questions up to that button must have an answer, or an error message will be created. WHAT IF YOU EXIT THE APPLICATION AND DON'T ANSWER ALL OF THE QUESTIONS BEFORE THE "CONTINUE" OR "FINISH" BUTTON? Those answers on that screen will not be saved!!

<a href=http://career.psc.gov/chpublic/ctap.html target=newin>Follow this link for CTAP eligibility</a>

<a href=http://career.psc.gov/chpublic/ictap.html target=newin>Follow this link for ICTAP eligibility</a>

<i><b><span style=color:red>Supporting documentation <b>MUST</b> be received no later than 72 hours from the closing date of this announcement. Documentation must be faxed to the attention of the Rockville Center HelpDesk at 1-888-039-5244. Include the vacancy announcement number on all faxed documents. Do not fax resumes or applications.</span></i></b>

Date: 12/8/04

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

F5a  11 of 20



# QuickHire.
Evaluate the people, not the paper.

# Department of Health and Human Services

## Weights and Screen Outs Report

Vacancy Number: HHS-OIG-2004-0160

Vacancy Description: Writer Editor

Questions with an * are mandatory and require a response to be considered for this position.

<p><b><u>APPLICANT GUIDANCE:</u></b></p><p>Please be sure to allow yourself adequate time to apply for this vacancy. We recommend that you review the questions for this announcement before you start the application process. The system will not save your responses unless you finish all of the questions for the specific grade level for which you are applying. If you wish to save your answers and return to your application at a later time, then you must respond to all of the questions for the specific grade level.

<p><b><u>PRIORITY CONSIDERATION:</u></b></p><p>If you are claiming ICTAP or CTAP preference, you must submit fax all required documentation within 72 hours of the closing date of this announcement to the number below. <p>Follow the links listed below for ICTAP and CTAP eligibility and supporting documentation requirements.</p>

<p><b><u>VETERAN'S PREFERENCE:</u></b></p><p><b>***</b>If claiming 5 point veterans preference, you must submit copy #4 of your DD214.</p><p><b>***</b>If claiming 10-points veterans preference on the basis of a disability, you must submit copy #4 of your DD-214 and appropriate documentation from the Department of Veterans Affairs signed and dated within 12 months of the application.</p><p>

<p><b><u>METHOD OF CONSIDERATION:</u></b></p><p><i><p>Delegated Examining Process (DE).</p>This process only allows consideration of the top three ranked candidates and veteran's preference rules apply. If status applicants are selected through this process, they may have to serve another probationary period and their tenure group may be affected.</p>
<p>Merit Promotion Process (MP)</p>
<p>This process allows consideration of the top 5-10 ranked candidates (actual number will be based on the advertising agencies merit promotion plan). To be eligible for the merit promotion process individuals must be

Date:  12/8/04

F5a  12 of 20



# QuickHire®
### Evaluate the people, not the paper.

## Department of Health and Human Services

**Weights and Screen Outs Report**

Vacancy Number: HHS-OIG-2004-0160

Vacancy Description: Writer Editor

Questions with an * are mandatory and require a response to be considered for this position.

currently serving under a career/career-conditional appointment in the Competitive Service or have reinstatement eligibility.</p>
<p>Non-Competitive Process (NC)</p>
<p>This process allows consideration of all individuals who meet the requirements for non-competitive referral. To be eligible for non-competitive referral, individuals must (1) be basically qualified for the position and (2) currently/previously served in a competitive service position that has equivalent or greater promotion potential than the position being advertised.</p>
<p>Commissioned Corps Personnel</p>
<p>Unless specifically requested, active Commissioned Corps Officers will be adjudicated under Non-Competitive (NC) procedures only. Those who elect to apply and are selected under Delegated Examining procedures will have to resign their commission. Please specifically indicate how you would like to be considered for this vacancy.</p></i>

<p><b><u>STANDARD FORM 50 (NOTICE OF PERSONNEL ACTION)</u></b></p></u><b>****</b>All status and reinstatement eligible applicants <b>MUST</b> submit a copy of their <u>appointment or promotion</u> Standard Form 50 verifying current grade, promotion potential, reinstatement eligibility or highest Federal civilian grade. Please do not send awards or Pay Adjustment SF-50's. SF-50s <b>must</b> be received no later than 72 hours from the closing date of this announcement. </b><p>For additional information on reinstatement eligibility visit: <a href="http://www.usajobs.opm.gov/ei2.asp"target=newwin>http://www.usajobs.opm.

*  1. Select the answer that describes your education/experience in researching, analyzing, and evaluating complex information.

Date:   12/8/04

QuickHire®:  Evaluate the People, Not the Paper.  All Rights Reserved.

Page:3

F5a 13 of 20



# QuickHire™

Evaluate the people, not the paper.

## Department of Health and Human Services

## Weights and Screen Outs Report

Vacancy Number: HHS-OIG-2004-0160

Vacancy Description: Writer Editor

Questions with an * are mandatory and require a response to be considered for this position.

* 1. I have not had education, training or experience in performing this task.          0  ---

2. I have had education or training in performing this task, but have not yet performed it on the job.          1  ---

3. I have performed this task on the job, with close supervision from supervisor or senior employee.          3  ---

4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.          5  ---

5. In addition to independently performing this task as a regular part of my job, I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as expert for assistance in performing task.          9  ---

* 2. From the answer choices below, please select the one that best reflects your ability to communicate technical and non-technical information in writing.

1. I have only written non-technical information to persons on the job.          2  ---

2. I have written both types of information on the job for superiors, co-workers and others. I am proficient at this job function.          10  ---

3. I have been acknowledged for my ability to write technical and non-technical information for a variety of inside and outside readers. My writing skills are considered to be of superior quality.          18  ---

4. None of the above.          0  ---

* 3. Please describe below your ability to communicate clearly in writing a          NA  NA

Date:  12/8/04

QuickHire®:  Evaluate the People, Not the Paper.  All Rights Reserved.

F5a   14 of 20



# QuickHire®
*Evaluate the people, not the paper.*

# Department of Health and Human Services

## Weights and Screen Outs Report

Vacancy Number: HHS-OIG-2004-0160

Vacancy Description: Writer Editor

Questions with an * are mandatory and require a response to be considered for this position.

* 4. I have reviewed and edited documents produced by others to ensure proper quality, content, and grammatical usage prior to dissemination or publication.

|  | |  |
|---|---|---|
| TRUE | 12 | -- |
| FALSE | 0 | -- |

* 5. I have written and edited:

| | | | |
|---|---|---|---|
| 1 | Technical Articles | 2 | -- |
| 2 | Press Releases | 2 | -- |
| 3 | Technical Manuals | 2 | -- |
| 4 | Brochures | 2 | -- |
| 5 | Pamphlets | 2 | -- |
| 6 | Speeches | 2 | -- |
| 7 | Scripts | 2 | -- |
| 8 | Reports of audit findings | 2 | -- |
| 9 | Periodicals | 2 | -- |
| 10 | None of the above | 0 | -- |

* 6. Have you worked in a high level office with complex assignments of a widely varying nature, short deadlines, and competing demands for

F5a 15 of 20



Department of Health and Human Services

# Weights and Screen Outs Report

Vacancy Number: HHS-OIG-2004-0160

Vacancy Description: Writer Editor

Questions with an * are mandatory and require a response to be considered for this position.

attention?

|  |  |
|---|---|
| YES | 12 |
| NO | --- |

* 7. Indicate which of the following personal computer and word processor
software you are proficient in using (proficient means you understand
and utilize a major part of the system's functionality/capabilities).

| 1 | Microsoft Word | 1 | --- |
| 2 | Microsoft Access | 1 | --- |
| 3 | Microsoft Excel | 1 | --- |
| 4 | Microsoft Powerpoint | 1 | --- |
| 5 | Word Perfect | 1 | --- |
| 6 | Lotus | 1 | --- |
| 7 | Windows 98 | 1 | --- |
| 8 | Windows 2000 | 1 | --- |
| 9 | Presentation | --- | --- |
| 10 | Database | --- | --- |
| 11 | Harvard Graphics | 1 | --- |
| 12 | Spreadsheets | --- | --- |
| 13 | None of the above apply. | 0 | --- |

* 8. Have you searched for and extracted information from files, documents,
reports, publications, or other materials to compose written materials?

Date: 12/8/04

F5a 16 of 20



**QuickHire**
Evaluate the people, not the paper.

# Department of Health and Human Services

## Weights and Screen Outs Report

Vacancy Number: HHS-OIG-2004-0160

Vacancy Description: Writer Editor

Questions with an * are mandatory and require a response to be considered for this position.

1. I have not had education, training or experience in performing this task.

2. I have had education or training in performing this task, but have not yet performed it on the job.

3. I have performed this task on the job, with close supervision from supervisor or senior employee.

4. I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee.

5. In addition to independently performing this task as a regular part of my job, I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as expert for assistance in performing task.

* 9. Which of the following best reflects your ability to communicate technical and non-technical information orally?

1   I have completed post high school education or formal training in public speaking or managerial communications.

2   I have orally presented non-technical information on the job to superiors, co-workers and others.

3   I have orally presented non-technical and technical information on the job to superiors, co-workers and others.

4   I have been acknowledged by management for my ability to orally communicate technical and non-technical information to a variety of inside and outside persons.

5   None of the above

* 10. Choose a method of consideration - Please select one choice from the following:

| | | |
|---|---|---|
| | 0 | -- |
| | 1 | -- |
| | 5 | -- |
| | 10 | -- |
| | 15 | -- |
| | 1 | -- |
| | 3 | -- |
| | 5 | -- |
| | 9 | -- |
| | 0 | -- |

Date:   12/8/04

F5a  17 of 20



# QuickHire
Evaluate the people, not the paper.

## Department of Health and Human Services

**Weights and Screen Outs Report**

Vacancy Number: HHS-OIG-2004-0160

Vacancy Description: Writer Editor

Questions with an * are mandatory and require a response to be considered for this position.

1  (DE) I am not a Federal employee in the career competitive service with permanent or conditional tenure OR I am a current or former Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my Standard Form 50 (Notice of Personnel Action), please consider me only through the Delegated Examining process.    -- --

2  (MP-only) I am a current or former Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my Standard Form 50 (Notice of Personnel Action). Please consider me through the merit promotion process in which I will compete with all status applicants.    -- --

3  (MP and DE) I am a current or former Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my Standard Form 50 (Notice of Personnel Action). Please consider me via both of the methods described in the previous choices.    -- --

4  (NC-only) I am an active USPHS Commissioned Corps Officer OR a current or former Federal employee in the career competitive service with permanent or conditional tenure, I am eligible for noncompetitive consideration because I am currently holding or have held a permanent grade that is equal to or above the full performance level/promotion potential of the position being advertised.    -- --

5  (NC and DE) I am a current or former Federal employee in the career competitive service with permanent or conditional tenure that is eligible for noncompetitive consideration as described above. I would also like to be considered through the Delegated Examining Process.    -- --

Date: 12/8/04

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

Page:8

F5a  18 of 20

# QuickHire®
Evaluate the people, not the paper.

# Department of Health and Human Services

## Weights and Screen Outs Report

Vacancy Number: HHS-OIG-2004-0160

Vacancy Description: Writer Editor

Grade: 11    Max Possible Score: 100

### Question

Questions with an * are mandatory and require a response to be considered for this position.

|  | | Weight | Screen Out |
|---|---|---|---|
| * 1. | GS-11 Choose one answer that best describes your experience, education, or combination of education and experience as related to the basic qualification requirements for this position: | | |
| | *<i><b>*Examples of specialized experience at the GS-09 level may include:</b> gathering, developing and checking the accuracy of information by research with subject-matter specialists and program officials; working with various documents prepared by staff experts; advising/assisting authors; editing and preparing documents for publication. Consulting skills to review or produce technical manuscripts; book chapters, abstracts, reports, manuals, etc.</i>* | | |
| 1 | I have at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-09 level in the federal service as described in the vacancy announcement. | --- | --- |
| 2 | I have completed 3 full years of progressively higher level graduate education OR possess a Ph.D. or equivalent doctoral degree. | --- | --- |
| 3 | I have a combination of graduate level education beyond the first 2 years of progressive graduate study and specialized experience that together meets 100% of the qualification requirements for this position. | --- | --- |
| 4 | I do not meet any of the requirements described above. | 0 | is equal to (exact match), Does not meet minimum qualifications |

QuickHire®: Evaluate the People, Not the Paper. All Rights Reserved.

F5a 19 of 20

# QuickHire®

Evaluate the people, not the paper.

# Department of Health and Human Services

## Weights and Screen Outs Report

Vacancy Number: HHS-OIG-2004-0160

Vacancy Description: Writer Editor

Grade: 12    Max Possible Score: 100

### Question

Questions with an * are mandatory and require a response to be considered for this position.

| | Weight | Screen Out |
|---|---|---|

<i><b>Examples of specialized experience at the GS-11 level may include:</b></i> complex research of multiple topics; analysis/presentation of information to varied audiences; disseminating information to the public using organizational point of view; presenting information for publication; reporting, explaining, and interpreting factual information with an eye toward policy requirements; writing or editing for electronic media.</i>

* 1. GS-12 Choose one answer that best describes your experience as related to the basic qualification requirements for this position:

1   I have at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-11 level in the Federal service as described in the vacancy announcement.    --    --

2   My experience does not match the choice above.    0    is equal to (exact match), Does not meet minimum qualifications

Date:  12/8/04

# EXHIBIT 9

# U.S. Department of Health and Human Services
## APPLICANT BACKGROUND SURVEY

OMB Number 0990-0208

Expires 3-31-98

### GENERAL INSTRUCTIONS

This survey is used to collect and analyze data involving race, sex, age, disability, and national origin from applicants for employment. The information you provide will be used for statistical purposes only and will not in any way affect you individually. While completion of this form is voluntary, your cooperation is important to help ensure accurate information regarding employment practices. We ask you to answer each of the questions to the best of your ability. Print your entries clearly. Read each item thoroughly before selecting the appropriate response.

---

**A.** Announcement number(s) and/or position (s) for which you are applying:

**B.** Year of Birth:

**C.** For Agency Use

**D.** How did you learn about the position or exam for which you are applying? For example: radio, job fair, friend, newspaper, school counselor, etc.

---

**E. Race**

| | |
|---|---|
| 1. | **AMERICAN INDIAN OR ALASKA NATIVE** |
| | A person having origins in any of the original peoples of North America, and who maintains cultural identification through community recognition or tribal affiliation. Specify tribal affiliation _____ |
| 2. | **ASIAN OR PACIFIC ISLANDER** |
| | A person having origins in any of the original peoples of the Far East, Southeast Asia, the Indian subcontinent, or the Pacific Islands, Samoa, and Vietnam. |
| 3. | **BLACK** |
| | A person having origins in any of the black racial groups of Africa. |
| 4. | **WHITE** |
| | A person having origins in any of the original people of Europe, North Africa, or the Middle East. |

**F. Ethnicity**

**HISPANIC ORIGIN**

A person of Puerto Rican, Mexican, Cuban, Central or South American, or other Spanish cultures or origins regardless of race.

**NOT OF HISPANIC ORIGIN**

---

**G. Sex**

1. Male
2. Female

**H. Disability**

A person is disabled if he or she has a physical mental impairment which substantially limits one or more major life activities, has a record of such impairment, or is regarded as having such impairment.

| | | | | |
|---|---|---|---|---|
| 1. | I do not have a disability | | 7. | Convulsive Disorder |
| 2. | Deaf | | 8. | Mental Retardation |
| 3. | Blind | | 9. | Mental or Emotional Illness |
| 4. | Missing Extremities | | 10 | Severe Distortion of Limbs and/or Spine |
| 5. | Partial Paralysis | | 11 | I have a disability, but it is not listed. |
| 6. | Complete Paralysis | | | Specify _____ |

---

Privacy Act and Public Burden Statement:

Privacy Act Information: This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974) for individuals completing Federal records and forms that solicit personal information. The authority is title 5 of the U.S. Code, sections 1302,3301,3304, and 7201.

Purpose and Routine Uses: This form is maintained in Privacy Act system records 09-90-0008, Applicants for Employment Records, HHS/OS/ASPER. The information in this survey is used solely for research and for statistical purposes to help ensure that agency personnel practices meet the requirements of Federal law. No other uses will be made of this information. This form will be separated from other application materials upon receipt.

Effects of Non-Disclosure: Providing this information is voluntary; no individual personnel selections are made based on this information.

Public Burden Information: Public burden reporting for this information is estimated to vary from one to three minutes with an average of two minutes

F5F   1 of 3



# Fax



Name:           Elizabeth S. Christle
Organization:   EEO Investigator, DSZ & Associates, Inc.
Fax:            615.661.7959
Phone:          615.661.7959
From:           Ann Garrett
Date:           March 18, 2005
Subject:        EEO Documents
Pages:          2 (Including cover)

In reference to the EEO investigation of Susanne Atanus (OSH-008-05), attached is a copy of the applicant background survey form as mentioned in my e-mail this morning.

Ann Garrett
EEO Specialist
OS EEO Office, DHHS
Room 709-D, HHH Building
200 Independence Avenue, S.W.
Washington, D.C. 20201
202.619.1564 (Voice)
202.619.0823 (Fax)
ann.garrett@hhs.gov

F5F  2 of 3

 Hotmail®

bschristie@hotmail.com                                              Printed: Friday, March 18, 2005 10:08 PM

From :        Garrett, Ann (HHS/OS) <Ann.Garrett@hhs.gov>
Sent :        Friday, March 18, 2005 8:31 AM
To :          'Betsy Christie' <bschristie@hotmail.com>, "Shorts, David (HHS/OS)" <David.Shorts@hhs.gov>
Subject :     RE: Atanus

David and Betsy,

To my knowledge, when applicants apply for vacancies, there is an applicant background survey attached
for the applicant to complete, and it is voluntary. It asks for year of birth, race, ethnicity, sex, and disability.
It does not ask for relilgion, nor the name of the applicant. For those applicants who complete the
background survey, the data is stored in a data base which can be accessed, but it will not be able to get
the information for a specific applicant. It will give you the
demographic data for each vacancy announcement, but not for a specific applicant. (I will fax you a copy of
the applicant background survey).

We are only responsible for maintaining data (sex, date of birth, race/national origin, and disability) on
employees within the Office of the Secretary, Administration on Aging, and the Administration for Children
and Families, and data is not collected on employees' religions.

Ann.

FSF 3 of 3

# EXHIBIT 10

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

| 1. Name (Last, First, Middle) | | | | 2. Social Security Number | | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|---|---|---|
| ATANUS, SUSANNE NMN | | | | | | 12-07-1958 | 04-06-2003 |

### FIRST ACTION

| Code | 5-B. Nature of Action |
|---|---|
| 721 | Reassignment |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N2M | Reg 335.102 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | | | | | |
|---|---|---|---|---|---|
| Contract Specialist | | | | | |
| 550A872 - 4 | | | | | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1102 | 11 | 08 | $60,735.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $53,007.00 | $7,728.00 | $60,735.00 | $0 |

| 15. TO: Position Title and Number | | | | | |
|---|---|---|---|---|---|
| Procurement Analyst | | | | | |
| 550C142 - 1 | | | | | |

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 1102 | 11 | 08 | $60,735.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $53,007.00 | $7,728.00 | $60,735.00 | $0 |

| 14. Name and Location of Position's Organization |
|---|
| Federal Supply Service |
| Contract Management Division |

| 22. Name and Location of Position's Organization |
|---|
| Federal Supply Service |
| Contract Management Division |
| Contract Administration Branch |

### EMPLOYEE DATA

| 23. Veterans Preference | | |
|---|---|---|
| 1 | 1 – None   3 – 10-Point/Disability   5 – 10-Point/Other | |
| | 2 – 5-Point   4 – 10-Point/Compensable   6 – 10-Point/Compensable/30% | |

| 24. Tenure | |
|---|---|
| 1 | 0 – None   2 – Conditional |
| | 1 – Permanent   3 – Indefinite |

| 25. Agency Use |
|---|
| |

| 26. Veterans Preference for RIF |
|---|
| YES   [X] NO |

| 27. FEGLI | |
|---|---|
| X0 | Basic + Option B (5x) + Option A |

| 28. Annuitant Indicator |
|---|
| 9   Not Applicable |

| 29. Pay Rate Determinant |
|---|
| 0 |

| 30. Retirement Plan | |
|---|---|
| K | K – FERS and FICA |

| 31. Service Comp. Date (Leave) |
|---|
| 09-16-1984 |

| 32. Work Schedule |
|---|
| F   Full-Time |

| 33. Part-Time Hours Per Biweekly Pay Period |
|---|
| |

### POSITION DATA

| 34. Position Occupied | |
|---|---|
| 1 | 1 – Competitive Service   3 – SES General |
| | 2 – Excepted Service   4 – SES Career Reserved |

| 35. FLSA Category | |
|---|---|
| N | E – Exempt   N – Nonexempt |

| 36. Appropriation Code |
|---|
| 255.F0523300.23.11.345.001 |

| 37. Bargaining Unit Status |
|---|
| 0051 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 171670031 | CHICAGO / COOK / ILLINOIS |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 5FXC | 51203 | 0000 | 14.58 | Nonsensitive (NS) National Security Risk |

45. Remarks

Position is at the full performance level.

To meet management needs.

F6   1 of 3

| 46. Employing Department or Agency |
|---|
| General Services Administration |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| GS24 | 1776 | 04-10-2003 |

| 50. Signature/Authentication and Title of Approving Official |
|---|
| Electronically Signed by:  Frances L. Stephens |
| Deputy Director, Consolidated Processing Center |

5–Part 50–316

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

**FedEx Kinko's.**
Office and Print Center

## Fax Cover Sheet

FedEx Kinko's of PARK RIDGE        Telephone: 847-823-9360   Fax: 847-823-9366

Date **8/13/04**                    Number of pages **2**  (including cover page)

## To:

Name **Rockville Center Help Desk**

Company _____

Telephone _____

Fax **1(888)839-5244**

## From:

Name **Susanne Atanus**

Company _____

Telephone **(847)298-2210**

Comments **Announcement # HHS-OIG-2004-0160**
**for GS-1082-11/12 Writer/Editor**

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.com.

F6  2 of 3

Confirmation Report — Memory Send

Page         : 001
Date & Time: Aug-13-04  10:52pm
Line 1       : +
Line 2       : +
Machine ID : KINKOS

| | | |
|---|---|---|
| Job number | : | 526 |
| Date | : | Aug-13 10:51pm |
| To | : | ☎18886395244 |
| Number of pages | : | 002 |
| Start time | : | Aug-13 10:51pm |
| End time | : | Aug-13 10:52pm |
| Pages sent | : | 002 |
| Status | : | OK |

Job number    : 526                    *** SEND SUCCESSFUL ***

F6  3 of 3

# EXHIBIT 11

Cert #: SA-HHS-0001

Vacancy: HHS-OIG-2004-0160 Writer Editor

Grade: 11

Locations: Atlanta, GA,Boston, MA,Chicago, IL,Dallas, TX,Kansas City, MO,New York, NY,Philadelphia, PA

Applicant: ATANUS, SUSANNE

# Personal Data

| First Name: | SUSANNE |
|---|---|
| MI: | |
| Last Name: | ATANUS |
| Address1: | 9054 BUCKINGHAM PARK DR. |
| Address2: | |
| City: | DES PLAINES |
| State: | IL |
| Zip Code: | 60016 |
| Plus 4: | |
| Phone: | 847-298-2210 |
| Email: | asusanne@sbcglobal.net |
| US Citizen: | Y |
| Veteran Preference: | Not a veteran |
| Start of Service: | |
| End of Service: | |

# Core Questions

| 1 | Are you a veteran who was separated from the armed forces under honorable conditions after completing an initial continuous tour of duty of 3 years (may have been released just a few days short of three (3) years)? |
|---|---|
| | No |
| 2 | Individuals who have retired from active military service with a disability rating of thirty (30) percent or more OR who have been rated by the Department of Veteran Affairs (VA) within the proceeding twelve (12) months as having a compensable service-connected disability of thirty (30) percent or more are eligible for a noncompetitive temporary appointment for more than sixty (60) days or a term appointment. Are you eligible for such appointments? |
| | No |

| 3 | If you are a current Federal civilian employee, are you serving under a VRA Appointment as defined by the categories below? |
| | No |
| 4 | If you are currently a Federal civilian employee (or Commissioned Corps Officer/Applicant), by what agency and organization are you employed? |
| | I am not a current Federal employee |
| 8 | If you are currently a Federal employee (or Commissioned Corps Officer/Applicant), under what type of appointment are you serving? |
| | Not Applicable |
| 10 | Are you a student appointee under the Student Career Experience Program (SCEP) who has completed all requirements for graduation and conversion under the SCEP appointing authority and is in the 120 day period for conversion to term, career or career-conditional appointment? |
| | No |
| 11 | If you are NOT currently serving in the competitive service as a permanent career or career conditional Federal employee, are you eligible for reinstatement? |
| | Not Applicable |
| 12 | If you are, or ever were, a Federal civilian employee, please indicate pay plan and series of the highest graded position you held (as an example GS-0341): |
| | 1102-11 |
| 13 | If you are, or ever were, a Federal civilian employee, please indicate the grade level of the position referenced in the above question: |
| | 11 |
| 14 | If you are, or ever were, a Federal civilian employee, please indicate the dates of the highest graded position or appointment you held (MM-YYYY to MM-YYYY, MM-YYYY to Present, or NA if Not Applicable): |
| | 03-1990 to 07-2003 |
| 15 | If you are, or were, a Federal employee who held a permanent position in the competitive service, what is the highest GS equivalent full performance level/promotion potential of that position? |
| | NA (this includes excepted service employees such as AD pay plan) |
| 16 | If you are a male at least 18 years of age, born after December 31, 1959, have you registered with the Selective Service System? |
| | Not Applicable |
| 17 | Are you a retiree receiving a Federal annuity, either military or civilian? |
| | No |
| 18 | Have you accepted a buyout from a Federal agency within the past five (5) years? |
| | No |
| 19 | Are you eligible for noncompetitive appointment under a Special Appointing Authority (e.g. Outstanding Scholar, present or former Peace Corps personnel, current Postal Service personnel, etc)? |
| | No |

| 20 | If you are eligible for noncompetitive appointment under a Special Appointing Authority, what authority are you applying under? |
| | Outstanding Scholar |
| 21 | Are you eligible for the Federal Employment Program for Persons with Disabilities? (For information on Schedule A appointments, see the OPM website.) |
| | No |
| 22 | Are you eligible for Indian preference as defined by the Department of the Interior (DOI) and as evidenced by appropriate Bureau of Indian Affairs (BIA) authorized certification? |
| | No |
| 23 | Are you eligible for preference based on being a Public Law 94-437 Indian Health Service Scholarship recipient? For more information, please click here. |
| | No |
| 24 | Displaced employee information: |
| | I am not a displaced employee from a Federal Agency. |

# Vacancy Data

## HHS-OIG-2004-0160 Writer Editor

| 11 | 1 | GS-11 Choose one answer that best describes your experience, education, or combination of education and experience as related to the basic qualification requirements for this position: |
| | | **Answer(0 points):** I have at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-09 level in the Federal service as described in the vacancy announcement. |
| All Grades | 1 | Select the answer that describes your education/experience in researching, analyzing, and evaluating complex information. |
| | | **Answer(5 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |
| All Grades | 2 | From the answer choices below, please select the one that best reflects your ability to communicate technical and non-technical information in writing. |
| | | **Answer(18 points):** I have been acknowledged for my ability to write technical and non-technical information for a variety of inside and outside readers. My writing skills are considered to be of superior quality. |

| | | |
|---|---|---|
| | | Please describe below your ability to communicate clearly in writing a variety of legal and/or analytical and technical documents or articles that require a research and analytical approach: |
| All Grades | 3 | **Answer(0 points):** As a Contracting Officer at the General Services Administration (GSA)/Federal Supply Service (FSS), I wrote several legal documents including Novation Agreements, Termination for Default and Termination for Cause letters, Show Cause letters, Cure Notices, and modifications that waived requirements and deviations, or changed the delivery schedule of purchase orders. As a Procurement Analyst at GSA/FSS, I reviewed the federal regulations for changes, and I forwarded them to my Supervisor. Management complimented me on my analytical skills and they reassigned me to the position of Procurement Analyst that required doing research and reviewing the federal regulations with an analytical approach, and recommending implementation by FSS of the new regulations. I also was a Contracting Officer administering contracts, blanket purchase agreements, and small purchases. I have worked with the Office of Investigator General (OIG) at GSA, and other personnel to determine if Contractors met the requirements of their contracts for products. I have communicated with them, and I have prepared reports for review and analysis by them, my Team Leader, Supervisor, Director, Office of Quality Assurance, and Legal Counsel in response to their correspondence requesting information. I have also prepared brochures, scripts, speeches, presentations, and displays using MS Word, Excel, and Power Point for work, class, fundraising, and teaching utilizing various events concepts and data. I reviewed Contractors` correspondence and request for changes in delivery of purchase orders and specifications in the manufacturing of products. I analyzed specifications and standards and made decisions as a Contracting Officer if it was in the best interest of the government to grant or deny various Contractors` requests. I have worked with lawyers, Industrial Operations Analysts, Quality Assurance Specialsits, Inventory Managers, Procuring Contracting Officers, and my Team Leaders, Supervisors, and Management to make decisions that affected our agency and other agencies to receive products and services in a timely mannner by expediting purchase orders, changing delivery locations and distribution centers by modifying contracts and purchase orders. I read technical articles regularly in Quality journals. I have advised and assisted an author in the editing and preparing documents for publication in Industrial Chemical journals and magazines to ensure proper quality, content, and grammatical usage. I have also checked the accuracy of medical reports and information by researching information with doctors, nurses, specialists, and program officials as a Par Charge Clerk in a major hospital, and I assisted in billing, record keeping, and reporting of charges of medical supplies. As a student in my M.B.A. program at DeVry University, Keller Graduate School of Management, I wrote papers on a variety of legal, analytical, and technical issues including Internet 2, analysis of legal cases in my Business Law class, "Drug Testing" in my Political, Legal, and Ethical Dimensions of Business class. In my Managing Organizational Change class, my team did the analysis and wrote a paper on how a company managed to be successful and how they implemented organizational change that contributed to their growth success and surpassed their goals and their competition. In my Corporate Investment Class, my team and I analyzed a company`s financial data including reports and a variety of other information including legal documents. We also determined if that company was at risk, if it was growing, and what its growth potential was. We also analyzed data and talked to an l expert to determine what that company could be sold for if it chose to be sold, or if it had an Initial Public Offering (IPO). I also have written scientific papers for my science projects, entitled "The Analysis of Sodium Nitrate in Prepared Meats", and "The Analysis and Quanitification of Fluoride in Toothpastes". I have also written papers utilizing various data and explaining if the phenomenon is statistically significant. In conclusion, I have demonstrated that I have experience in writing a variety of legal and/or analytical and technical documents and articles that required research and an analytical approach. |

| All Grades | 4 | I have reviewed and edited documents produced by others to ensure proper quality, content, and grammatical usage prior to dissemination or publication. |
| | | **Answer(12 points):** True |

| All Grades | 5 | I have written and edited: |
| | | **Answer(8 points):** Technical Articles<br>Brochures<br>Speeches<br>Scripts |

| All Grades | 6 | Have you worked in a high level office with complex assignments of a widely varying nature, short deadlines, and competing demands for attention? |
| | | **Answer(12 points):** Yes |

| All Grades | 7 | Indicate which of the following personal computer and word processor software you are proficient in using (proficient means you understand and utilize a major part of the system`s functionality/capabilities). |
| | | **Answer(4 points):** Microsoft Word<br>Microsoft Excel<br>Microsoft Powerpoint<br>Lotus<br>Windows 98<br>Windows 2000<br>Spreadsheets |

| All Grades | 8 | Have you searched for and extracted information from files, documents, reports, publications, or other materials to compose written materials? |
| | | **Answer(10 points):** I have performed this task as a regular part of the job, independently and usually without review by supervisor or senior employee. |

| All Grades | 9 | Which of the following best reflects your ability to communicate technical and non-technical information orally? |
| | | **Answer(5 points):** I have orally presented non-technical and technical information on the job to superiors, co-workers and others. |

| All Grades | 10 | Choose a method of consideration - Please select one choice from the following: |
| | | **Answer(0 points):** (DE) I am not a Federal employee in the career competitive service with permanent or conditional tenure OR I am a current or former Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my Standard Form 50 (Notice of Personnel Action), please consider me only through the Delegated Examining process. |

# RESUME for SUSANNE ATANUS

# RESUME

9054 BUCKINGHAM PARK DR.    HOME:   (847) 298-2210,   (847)

823-8972
DES PLAINES, IL  60016
asusanne@sbcglobal.net


SUSANNE ATANUS


Job Objective:  To be a Writer/Editor at HHS.  Vacancy
Announcement #
HHS-OIG-2004-0160.

Work Experience:

5/04/04 To 7/08/04:  Teller, Howard Savings Bank,
Glenview, IL

Assist customers with banking transactions and furnish
excellent customer service  with certificates of deposits,
mortgage payments, savings, money markets, IRAs and
checking.  Process checks in NOW accounts.

1/04 To 4/12/04:  Business Coordinator at International
Profit Associates (IPA).

Present our Business Services to our customers and arrange
for a Senior Area Manager to visit with them to explain
our financial and tax services that can improve their
bottom line, lower taxes, insurance costs, and protect
assets.

10/03 To 12/03 Fine Jewelry Associate, Kohl's, Golf Mill
Shopping Center, Niles, IL

Assist customers with jewelry, fine jewelry and watch
sales and repairs.

4/1/03 To 7/6/03:  Procurement Analyst, General Services
Administration (GSA) /Federal Supply Service (FSS),
Contract Management Division (CMD) , 230 S. Dearborn St.,
Chicago, IL  60604.  Supervisor:  Kim Brown (312) 353-8237.
I worked 40 hours per week.  My salary was $63,000 per
annum.  GS-1102-11.

Inform management and staff of regulation changes, and
formulate strategies to meet them.  Evaluate Contractors'
performance update the Contract
or Alert List of Contractors that may have challenges in
meeting requirements.  Also, monitor performance including
delivery for Blanket Purchase Agreements and Small
Purchases.

Strong spatial and math skills with ability to predict the
future based on the previous information that is known to
me.  This is helpful in forecasting budgets and planning.
Experienced in Excel, MS Word, and Power Point.  Also,
excellent oral and written skills, and gifted writer.
Excellent team player with excellent interpersonal skills.


9/14/1984- 3/31/03  Contracting Officer,  and Purchasing
Agent, General Services Administration (GSA) /Federal
Supply Service (FSS), Contract Management Division (CMD),

230 S. Dearborn St., Chicago, IL 60604. Supervisor: Kim
Brown (312) 353-8237. I worked 40 hours per week. My
salary was $63,000 per annum. GS-1102-11.


Administer Federal Supply and Service contracts. Expedite
delivery and monitor delivery schedule. Negotiate with
contractors price consideration for revised delivery
schedules and deviations and waivers to specifications.

Work closely with Inventory Managers to expedite orders,
and maintain stock in distribution centers. Products
include tools, chemicals, janitorial supplies, paper
products, office supplies, etc. Provide Customer Service
including resolving quality complaints. Monitor
Contractors' performance, and resolve problems to ensure
timely delivery. Furnish status to supervisor,
management, and pertinent parties.

Awarded contracts for services including moving, EEO,
reconfiguration, consulting, administrative support
services, graphic arts and photography. Also, awarded
purchase orders for same and other services for the GSA
National Communication and Publications office, and
approved invoices for payment.

Extensive purchasing for Customer Supply Centers, Stores,
and internal and external associates and customers
including furniture, computer equipment, training, medical
supplies, furnishing ambulances with medical equipment and
emergency trauma and other supplies. My duties also
included ensuring that our prices cover the cost of these
products and services, and administration to ensure timely
delivery and products and services that meet our
requirements. Training in ISO 9000/9001, and Government
Contracting courses to maintain a million dollar warrant.

Resolved payment issues and verified accuracy of invoices
and forwarded them for payment. Reconciled purchases on
my Government Impac Purchase Card with Bank Statements by
calling the bank or customer. Maintained logs/ledgers for
Audits and Record of Transactions. Made purchases within
budget, and value to the taxpayer.

National leader with a 0 % delivery delinquency rate for
18 ½ years. Also, national leader with 0 to very low
monthly backorders.

9/1990- 11/1990 Contracting Officer  on detail at
GSA/Information Technology Solutions,  230 S. Dearborn
St., 60604. Supervisor: Howard Norris (312) 353-8237. I
worked 40 hours per week. My salary was $56,000 per year.
 GS-1102-11.


Contracting experience including issuing purchase orders
for Information Technology Consulting and Solutions.
Also, reviewed project quotations, and contractors'
proposals for additional funds for cost overruns.

Provided consulting and expertise solutions on various
claims for additional payment for cost overruns  to
expedite their completion and took termination for default
action.   Also, completed a voluminous Freedom of

Information Act request regarding a Telecommunications
contract.


1998-                Supervise fundraising events for the
GSA Hispanic Advisory Council
2002                 ( HAC) Scholarship Program.
Approximately  $45,000 in
                        Scholarships have been
distributed.


6/1977-              Loan Executive from GSA at United
Way,  Chicago, IL
12/1977              Headed Communications Department for
the Federal Combined
                        Federal campaign for the
Chicagoland area with a very successful
                        campaign and high national
standing.  Excellent communication
                        and organization skills with
keen eye to details.
                        7TH To 4TH place.


1/1984-              Teller, Citibank, Evanston,  IL
3/1984

6/1984-              Par Charge Clerk, Lutheran General
Hospital,
9/1984               Park Ridge, IL
                        Charged medical supplies to
patients and monitored receipt of
                        related reports from the
hospital units and reviewed them daily
                        for accuracy of supplies used
and charges to patients' accounts.

EDUCATION:   M.B.A., De Vry University, Keller Graduate
   6/ 2000-           School  of Management   GPA:
3.84/4.00
   6/ 2003              Graduation with Distinction:
June, 2003


8/18/03              International Profit Associates
-Integrated Business
8/21/03              Analysis.   Studied Optimal Profit
Analysis and Strategy
                        for firms to improve their
bottom line—profit and gross revenue.


9/1981-6/1983        Master of Public Administration
(M.P.A.)
                        University of Illinois
at Chicago. GPA:  3.25/4.00

9/1977-6/1981           Bachelor of Arts  (B.A.)
Northwestern University, Evanston, IL
                        Major:  Political Science.
Minor:  Philosophy

```
9/1973-6/1977      Theodore Roosevelt High School,
Chicago, IL
                          Diploma received 6/1977.

Credentials:        Certified Professional Contracts
Manager (CPCM),
                        Certified Federal Contracts
Manager (CFCM),
                        Certified Associate
Contracts Manager (CACM),
                        Simplified Acquisition
Specialist (SAS),
                        Also, President National
Contract Management Association
                        (NCMA) Chicago Chapter.

2000-              Director on GSA Hispanic
Advisory Council (HAC)
2003               Board of Directors.

2000-              Director on University of
Illinois at Chicago
2003               College of Urban Planning and
Public Affairs
                        (CUPPA) Alumni
Association. Also, on Special Events
                        Committee.  Planned events
and arranged speakers for seminars
                        and presentations.

2003               Northwestern Club of Chicago
```

# EXHIBIT 12

Brian Moskal
June 25, 2008

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

SUSANNE ATANUS,                )
                               )
          Plaintiff,           )
                               )
     -vs-                      )   No. 06 C 1078
                               )
MICHAEL O. LEAVITT,            )
                               )
          Defendant.           )

          Discovery deposition of BRIAN MOSKAL taken

before DENNIS M. HARTNETT, CSR, and Notary Public,

pursuant to the Federal Rules of Civil Procedure for the

United States District Courts pertaining to the taking

of depositions, at Suite 1350, 53 West Jackson in the

City of Chicago, Cook County, Illinois, commencing at

10:00 o'clock a.m. on the 25th day of June A.D., 2008.


          There were present at the taking of this

deposition the following counsel:

7c445845-7fe1-47e7-90f0-b623d99773af

Brian Moskal
June 25, 2008

Page 8

1    met, we were given some documents that are now being

2    copied, but let's kind of move forward.

3        Q    Mr. Moskal, are you currently employed?

4        A    Yes.

5        Q    By whom?

6        A    The U.S. Department of Health and Human

7    Services, Office of Inspector General, Office of Audit

8    Services, Region V, as the writer/editor.

9        Q    And when did you first receive that position?

10       A    September 2004.

11       Q    And where do you work out of, what is your

12   office location?

13       A    The office location is 233 North Michigan.

14       Q    And do you know the suite number?

15       A    1360.

16       Q    And it's 606?

17       A    01.

18       Q    Okay.  What is your religion?

19       A    Zen Buddhist, is as close as anything.

20       Q    Were you born a Zen Buddhist or did you have

21   some other religion before that?

22       A    I don't think I was born with a religion at all,

23   honestly.

24       Q    Okay.  Have you been --

Dennis Hartnett Reporting
312-765-0137

7c445845-7fe1-47e7-90f0-b623d99773af

Brian Moskal
June 25, 2008

Page 9

1     A    I went to Catholic grammar school, Catholic high

2   school.

3     Q    Are your parents Catholic or were they Catholic?

4     A    My mother, no, she really didn't go to church.

5   My father took me to church on Sunday until I was about

6   18 years old.

7     Q    Church meaning the Catholic Church?

8     A    Catholic Church.

9     Q    Okay.  What is your national origin?

10    A    I don't understand the question.

11    Q    Were you born in the United States?

12    A    Yes.

13    Q    Were your parents born in the United States?

14    A    Yes.

15    Q    Were your grandparents born in the United

16  States?

17    A    I don't know.

18    Q    Do you know where your grandparents were born?

19    A    No.

20    Q    Okay.  What is your date of birth?

21    A    August 2, 1946.

22    Q    And are you Caucasian?

23    A    Yes.  I think.

24    Q    Okay.

7c445845-7fe1-47e7-90f0-b623d99773af

Brian Moskal
June 25, 2008

Page 35

1    stop.  Researchability, incredible researching.  My wife

2    said she has never seen anyone who can research a topic

3    like I can.

4        Q    Be careful, we might have to depose your wife.

5        A    My wife would vouch for me.  She's called me

6    that.

7        Q    Let's get her on the phone.

8        A    Okay.  So research, editing, writing,

9    assimilating new information.  I have dealt with

10   information technology issues.

11       Q    Let me break that down, if you could,

12   Mr. Moskal.  I don't want to dwell on it too long

13   because I want to go back to where we left off, but when

14   you say extraordinary or use a word similar to that,

15   writing and editing skills, is there any way you can

16   break that down a little bit more than you have?

17       A    Well, I can tell you that I won seven regional

18   or national writing awards in my career.  And they

19   usually don't give a writing award to somebody unless

20   they deserve it.

21           And I have written lots of stories that didn't

22   win writing awards, but I have won my fair share of

23   writing awards, which, to me, is kind of proof of my

24   skills.

7c445845-7fe1-47e7-90f0-b623d99773af

Brian Moskal
June 25, 2008

Page 1078

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )
          IN THE CIRCUIT COURT OF COOK COUNTY
             COUNTY DEPARTMENT - LAW DIVISION

SUSANNE ATANUS,              )
                             )
          Plaintiff,         )
                             )
     -vs-                    )    No. 06 C
                             )
MICHAEL O. LEAVITT,          )
                             )
          Defendant.         )


          I, BRIAN MOSKAL, being first duly sworn, on
oath say that I am the deponent in the aforesaid
deposition taken on June 25, 2008; that I have read the
foregoing transcript of my deposition, consisting of
pages 1 through 135 inclusive, and affix my signature to
same.

                              _____
                                   BRIAN MOSKAL


SUBSCRIBED AND SWORN TO
before me this 18 day of
August
A.D. 2008.

                         Official Seal
                         Derek K Johnson
                         Notary Public State of Illinois
                         My Commission Expires 11/29/2011

_____
     Notary Public


              Dennis Hartnett Reporting
                   312-765-0137

          Dennis Hartnett Reporting
               312-765-0137

7c445845-7fe1-47e7-90f0-b623d99773af