# EXHIBIT 13

S Allinder-Mestre
June 20, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUSANNE ATANUS,                    )
                                   )
               Plaintiff,          )
                                   )
          -vs-                     )   No. 06 C 1078
                                   )
MICHAEL O. LEAVITT, et. al.,       )
                                   )
               Defendant.          )

          Telephone deposition of SARA MICHELE

ALLINDER-MESTRE taken before ROBBIN M. OCHENKOWSKI,

C.S.R., and Notary Public, pursuant to the Federal Rules

of Civil Procedure for the United States District Courts

pertaining to the taking of depositions, at Suite 1350,

53 West Jackson Boulevard, in the City of Chicago, Cook

County, Illinois at 11:07 o'clock a.m. on the 20th day

of June, A.D., 2008.

          There were present at the taking of this

deposition the following counsel:

4bdf35ac-085d-44fe-a13e-2f6e28a1e9e2

S Allinder-Mestre
June 20, 2008

Page 11

1     Q    And your move back to Washington had nothing to
2  do with the position, is that correct?
3     A    That's correct.
4     Q    And the position is with, you said, HHS, right?
5     A    The position in Kansas City.
6     Q    Right.
7          Just for the record, what do those letters
8  stand for?
9     A    The Department of Health and Human Services.
10    Q    Right.  Okay.
11         How did you get that position at Department of
12 Health and Human Services?
13    A    I applied through the U.S. State Jobs and
14 HHS QuickHire application process.
15    Q    The QuickHire was -- you did that by computer,
16 right?
17    A    Yes.
18    Q    By the way, what is your religion?
19    A    Christian.
20    Q    And what is your national origin?
21    A    United States.
22    Q    And what is your date of birth?
23    A    July 3rd, 1976.
24    Q    So how old are you today?

S Allinder-Mestre
June 20, 2008

Page 17

1    Q    Did it turn out to be interesting?

2    A    It was in a lot of ways.

3    Q    In your opinion what were your qualifications

4    for that position, the writer/editor position?

5    A    Well, I think all of my professional positions

6    had prepared me to a certain extent in terms of

7    developing writing, writing skills; in particular, in my

8    four and a half years with the State Department, I wrote

9    daily in a variety of capacities, but probably the

10   position that prepared me the most was my work in Office

11   of Country Reports and Asylum Affairs working on their

12   human rights reports and international religious freedom

13   reports, I served as an editor of substantive and

14   technical editor at first for nine Central and Eastern

15   African countries and reports associated with them as

16   well as numerous responses back to the Immigration and

17   Naturalization Service on asylum claims, and then my

18   second year there I served as the senior editor for

19   Africa and managed a team of four -- or excuse me -- of

20   five regional editors and was promoted because of my

21   writing and editing ability and my knowledge of the

22   government printing office style and guidelines which we

23   used, and in that role I oversaw the five regional

24   editors and then did the second line and sometimes third

4bdf35ac-085d-44fe-a13e-2f6e28a1e9e2

S Allinder-Mestre
June 20, 2008

Page 44

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


SUSANNE ATANUS,                    )
                                   )
              Plaintiff,           )
                                   )
         -vs-                      )   No. 06 C 1078
                                   )
MICHAEL LEAVITT,                   )
                                   )
              Defendant.           )


        I, SARA MICHELE ALLINDER-MESTRE, being first
duly sworn, on oath say that I am the deponent in the
aforesaid deposition taken on June 20, 2008; that I have
read the foregoing transcript of my deposition,
consisting of Pages 1 through 43 inclusive, and affix my
signature to same.

                    _____
                    SARA MICHELE ALLINDER-MESTRE


Subscribed and sworn to
before me this _____ day
of _____, 2008.


_____
Notary Public
RO

              DENNIS HARTNETT REPORTING
                   (312) 765-0137

Dennis Hartnett Reporting
312-765-0137

                                    4bdf35ac-085d-44fe-a13e-2f9a28a1e9e2

# EXHIBIT 14

Michael Greissel
April 14, 2008

Page 1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

SUSANNE ATANUS,              )
                             )
        Plaintiff,           )
                             )
    -vs-                     )   No. 06 C 1078
                             )
MICHAEL O. LEAVITT,          )
                             )
        Defendant.           )


        Telephonic deposition of MICHAEL GREISSEL taken

before DENNIS M. HARTNETT, CSR, and Notary Public,

pursuant to the Federal Rules of Civil Procedure for the

United States District Courts pertaining to the taking

of depositions, at Suite 1350, 53 West Jackson in the

City of Chicago, Cook County, Illinois, commencing at

10:00 o'clock a.m. on the 14th day of April A.D., 2008.


        There were present at the taking of this

deposition the following counsel:

Michael Greissel
April 14, 2008

1   Step 2 to a GS-12 Step 3, and then lastly to a GS-13.

2      Q    Is that a Step 1?

3      A    Yes, that's correct.

4      Q    What is your date of birth?

5      A    It's February 22nd, 1963.

6      Q    So today how old are you?

7      A    I'm 45.

8      Q    And what is your race?

9      A    I'm sorry?

10     Q    What is your race?

11     A    I am white.

12     Q    And what is your national origin?

13     A    I'm an American.

14     Q    And what is your religion?

15     A    I was raised Catholic.

16     Q    And are you a veteran?

17     A    I am not.

18     Q    You never served in the armed forces?

19     A    I have not.

20     Q    Do you know when you were hired whether you

21   received any veterans' preference or credits?

22     A    I didn't claim any, so I'm assuming that I

23   didn't get any credits.

24     Q    Okay.  Do you know who decided to hire you, to

833fdd20-2f26-4900-b129-737d15f85da4

Michael Greissel
April 14, 2008

1    skills that I needed to do the job.

2        Q    Are you saying if you didn't have that

3    experience, that you have described to us, over the jobs

4    that you have told us about today, you would not have

5    been qualified to be a writer/editor for the Department

6    of Health and Human Services?

7        A    No, I don't think I would have been qualified,

8    no.

9        Q    Specifically, why do you say that?

10        A    It is difficult, I think, for someone who hasn't

11    done a lot of writing and a lot of editing to come into

12    a situation, such as this, and be able to, to recognize

13    where a piece of writing is positioned, or how to help

14    the writer make it understandable to an educated

15    audience.

16        Q    Any other reason?

17        A    I think that sums it up.

18        Q    Well, what is it that you do -- well, let's back

19    up.

20            What is it that you did, when you first came to

21    the Department of Health and Human Services that you

22    believe you could not have done without the work

23    experience that you have described to us today?

24            If you could be specific, I would appreciate

833fdd20-2f26-4900-b129-737d15f85da4

Michael Greissel
April 14, 2008

Page 1078

STATE OF ILLINOIS      )
                       )
COUNTY OF COOK         )
        IN THE CIRCUIT COURT OF COOK COUNTY
           COUNTY DEPARTMENT - LAW DIVISION

SUSANNE ATANUS,             )
                            )
        Plaintiff,          )
                            )
    -vs-                    )    No. 06 C
                            )
MICHAEL O. LEAVITT,        )
                            )
        Defendant.         )

        I, MICHAEL GREISSEL, being first duly sworn,
on oath say that I am the deponent in the aforesaid
deposition taken on April 14, 2008; that I have read the
foregoing transcript of my deposition, consisting of
pages 1 through 128 inclusive, and affix my signature to
same.

                    _____
                         MICHAEL GREISSEL

SUBSCRIBED AND SWORN TO
before me this _____ day of

_____
A.D. 2008.


_____
    Notary Public

                Dennis Hartnett Reporting
                    312-765-0137

# EXHIBIT 15

Charles Liverhant
July 31, 2008

Page 1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

SUSANNE ATANUS,          )
                         )
          Plaintiff,     )
                         )
    -vs-                 )   No. 06 C 1078
                         )
MICHAEL O. LEAVITT,      )
                         )
          Defendant.     )


          Discovery deposition of CHARLES LIVERHANT taken

telephonically before DENNIS M. HARTNETT, CSR, and

Notary Public, pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, at Suite 1350,

53 West Jackson in the City of Chicago, Cook County,

Illinois, commencing at 2:30 o'clock p.m. on the 31st

day of July A.D., 2008.


          There were present at the taking of this

deposition the following counsel:

4ab195d0-e433-48d1-906a-db499b7ff379

Charles Liverhant
July 31, 2008

1        BARRY A. GOMBERG & ASSOCIATES by
         MR. BARRY A. GOMBERG
2        53 West Jackson Boulevard
         Suite 1350
3        Chicago, Illinois  60604
         312-922-0550
4
             on behalf of the Plaintiff;
5
6        MS. ROBIN M. MERIWEATHER and
         MS. ALEXANDRA MEIGHAN,
7        501 Third Street N.W.
         Suite 400
8        Washington, D.C.  20530
         Assistant United States Attorney
9        202-514-7198

10           appearing telephonically
             on behalf of the Defendant.
11
12       ALSO PRESENT:  Miss Susanne Atanus.

13                         - - - - -

14
15
16
17
18
19
20
21
22
23
24

Dennis Hartnett Reporting
312-765-0137

4ab195d0-e433-48d1-906a-db499b7ff379

Charles Liverhant
July 31, 2008

1    Q    Okay.  Could you tell me what your national

2    origin is?

3    A    My parents are both German Jews.  I was born in

4    America, and I consider myself unaffiliated with any

5    religion or any other group.

6    Q    Okay.  And what is your race?

7    A    I am white.

8    Q    And what is your date of birth?

9    A    September 8th, 1961.

10    Q    Had you ever applied for a government position

11    before this time?

12    A    To the best of my recollection, no.

13    Q    Did you receive any on-the-job evaluations,

14    performance evaluations?

15    A    Yes.

16    Q    How many?

17    A    I believe every six months.  Approximately, I

18    think three, could be two, maybe three.

19    Q    Do you recall what the performance grades were

20    on the evaluations?

21    A    I don't remember the subcategories, but I

22    believe that the ultimate determination on all of the

23    major categories was successful or whatever that highest

24    evaluation was.

4ab195d0-e433-48d1-906a-db499b7ff379

# EXHIBIT 16

Case 1:06-cv-01078-JDB    Document 29-5    Filed 09/12/2008    Page 16 of 48
EXHIBIT F7a



Skip Navigation

@ **HHS Home**
@ **Questions?**
@ **Contact HHS**
@ **Site Map**

[                    ]  Search

# HHS Careers

Home: HHS Careers

## QuickHire Frequently Asked Questions

General information
Applicant/Employee information
Questions and Answers for Managers

### General Information

#### 1. What is HHS Careers?

A: HHS Careers is a software program that was created to help agencies meet the complex challenges of recruiting, evaluating and hiring the very best people.

#### 2. How does HHS Careers work?

A: HHS Careers is a service delivery mechanism that truly automates the federal hiring process. It takes the current federal hiring process content and uses the power of the Internet to build and post vacancies to the Department's web sites. Interested applicants can review vacancy announcements and answer position-specific questions while on the web site. The system also allows applicants to create, edit and archive an electronic resumé. After the vacancy announcement closes, the Human Resources Office uses the system to automatically rate and rank candidates according to pre-established criteria. The best-qualified candidates are instantly identified and forwarded to selecting officials.

#### 3. What types of positions will be filled using HHS Careers?

A: All General Schedule and Federal Wage System positions in DHHS will be filled using HHS Careers.

#### 4. Is the system secure?

A: Yes. Even though QuickHire hosts the application, HHS Careers is run on a private secure database and DHHS is the owner of the data.

#### 5. Is HHS Careers the only way to submit an application for DHHS positions?

**Links to Related Web Sites**

**Features**

- ⊚ US Office of Personnel Management:
  - ○ USAJobs
  - ○ Federal Employment Information
  - ○ Federal Salaries
  - ○ Employment Forms
- ⊚ Employee Benefits Resources - FirstGov

A: Yes. For positions advertised using HHS Careers all applicants must submit their applications online, using the QuickHire system. See question #7 for further information.

**6. Can I submit my resumé/application via email?**

A: No. In order to apply for positions in HHS Careers, you must log into the system and apply online. See question #7 for further information.

**7. Will you accept paper applications?**

A: Not for vacancies advertised using HHS Careers. Exceptions will be made in the instance of extreme hardship cases (e.g., applicant lives in a remote area where it would pose a major hardship for the applicant to get to a computer in any location). DHHS will assist applicants in any way possible to submit their applications online by the closing date of the vacancy announcement. Applicants who meet hardship criteria will be requested to respond to the same questions as applicants applying online and submit a signed copy to the HR Office prior to the closing date of the vacancy announcement. The HR Office will input the data into the system on the applicant's behalf for the specific job for which the applicant is applying only.

**8. What if I don't have a computer?**

A: All participating DHHS Human Resources Offices will have computers available for your use in applying for jobs. In addition, most career resource centers, unemployment offices, public libraries, college placement centers and job search agencies have computers and Internet access for their patrons to use at no charge.

**9. Why do I need email to use HHS Careers?**

A: Your email address is used to provide you information concerning the status of your application as well as to verify your identity.

**10. What if I don't have access to email?**

A: There are several Internet Service Providers that offer free email accounts, such as Hotmail, Lycos and Yahoo. You can access one of these providers to register for a free email account. Additionally, a generic email box will be set up in each participating DHHS HR Office to accommodate those applicants who cannot set up an email account.

**11. What if I need help applying online?**

A: For assistance in applying for a HHS Careers vacancy, you may contact the Human Resources Specialist listed on the vacancy announcement. If applying online poses a hardship to you, you must call the HR Specialist before the closing date of the announcement to request assistance.

**12. Exactly what does it mean to apply online?**

A: You submit your application using the Internet. When you first access the system at the web site, you must establish an account by answering a set of core federal questions. The system will assign you a user ID and password, which can be changed. The core federal questions will be stored in the system and will be used by the system as a part of the initial screening, e.g., for determining current status, veterans' preference, highest grade held, reinstatement eligibility, minority and handicap status, email and street address, phone number, and other relevant information.

**13. What if someone submits false information?**

A: HH Careers (QuickHire) is a Federal job application system. Providing false information, creating fake IDs, or failing to answer all questions truthfully and completely may be grounds for not hiring, for disbarment from Federal employment, or for dismissal after a person begins work. Falsifying a Federal job application, attempting to violate the privacy of others, or attempting to compromise the operation of this system may be punishable by fine or imprisonment (see US Code, Title 18, section 1001).

**14. When exactly do jobs close in HHS Careers?**

A: HHS Careers positions close at midnight Eastern Time on the closing date of the vacancy announcement. After midnight, jobs that have closed will not be available for review or application.

back to top

## Applicant/Employee Information

**15. I work for DHHS. Can I use my office computer to apply for positions in HHS Careers?**

A: Yes, for any positions within the HHS.

**16. Is there a timeout feature in HHS Careers? Will I lose everything I have entered if I get timed out?**

A: There is no time out feature for applicants.

**17. I am uncomfortable using my Social Security Number (SSN) to establish my account in the system. Is there any way I can apply for a position online without my SSN?**

A: No. Your SSN is one of the few reliable means that government agencies have of distinguishing one applicant form another. Many applicants have the same name, or may even have the same birth dates. The SSN is the identifier suggested for use by the Office of Personnel Management for Federal job applications, and is the only way we can definitively differentiate between applicants. If someone else

attempts to open a new account with your SSN, the system
administrator will be alerted that your SSN already exists with a
specific User ID and Password and that someone is trying to establish a
new account with the same SSN.

**18. Why am I required to provide my date of birth?**

A: We ask for your date of birth (DOB) in order to verify your password
if you lose or forget it. The only way we can reset your password is to
first, verify that you are who you say you are by matching not only
your social security number, but also your date of birth. If we do not
verify that you are who you say you are, there is a risk that someone
else could pose as you and change your information or access your
personal data. The selecting official will never see your date of birth;
only the HR Specialist can access that information after the position
has closed. By requiring both the SSN and DOB we ensure the highest
level of security for your information, which is why the system will not
allow you to proceed without inputting your date of birth.

**19. When registering for HHS Careers I was asked for a secret
question and a secret answer. Please explain these.**

A: This information will only be used to help you reset your password.
This is similar to your bank asking you for your mother's maiden name.

**20. After I have established an account, am I required to apply
for a vacancy every time I go into the system?**

A: No. Once you have established an account, the system uses the
information to determine the vacancies for which you are eligible to
apply. You may scroll through each vacancy, including the questions,
but you are not required to transmit anything. You can merely exit the
system or return to the main menu to select other vacancies to view.

**21. As an applicant, can I access the system from home?**

A: Yes. As an applicant, you can access the web site from any location,
whether at home or at work.

**22. Can I create a resumé online?**

A: Yes. Once you have answered the core questions and established
your user ID and password, you can then create your resumé. Once
created (input into the system), you can go back in at a later time and
update or change your resumé. After you apply for a particular vacancy
and the vacancy announcement closes, the system automatically
attaches your resumé to that particular vacancy announcement. If you
later apply for a new vacancy, you may wish to update your resumé at
that time to correspond more closely with the new announcement.

**23. I already have a resumé prepared. Can I load it into the HHS
Careers system?**

A: Yes. HHS Careers allows you to cut and paste your resumé into a specified text box that will accept up to 16, 000 characters. The system currently allows only simple text, and does not accept special formatting, such as bold print and underlining. Applicants should remove any special formatting from their resumes prior to adding it to HHS Careers to ensure that the resume will be readable.

**24. What if I want to submit a long version resumé?**

A: Resumés should be brief. You should only include relevant work experience, with short descriptions and your education. The resumé is a different type of document than the SF-171, which had a great deal of narrative.

**25. The system says it will only accept 16k or 16,000 characters on my resume. How long is that? Is there a way to get the system to accept more?**

A: The system accepts 16,000 characters (including spaces), which is equivalent to about 6-9 typed pages of information. If your resume is very long, you should consider removing any extraneous spacing in order to maximize the amount of space available to you. You may use the "Check resume length" bottom to verify that your resume is not too long.

**26. If the system only accepts online applications, how do I send other attachments, such as my college transcripts, SF-50's, etc.?**

A: Unless otherwise stated on the vacancy announcement, do not send these documents until they are requested. The hiring manager or HR Specialist may request other documentation from you through email or telephone. These documents (such as, SF-50's, DD 214's, and college transcripts) will only be requested from "best qualified" candidates.

**27. What happens if I don't submit a resumé with my personal information when applying for a job?**

A: If your resumé is not submitted in the HHS Careers system by the closing date of the vacancy announcement, you will not be considered for that position.

**28. Is it possible to have multiple identities or more than one email address in HHS Careers?**

A: No. You are identified in HHS Careers by your Social Security Number, your HHS Careers (QuickHire) user ID#, and your password which you enter in the registration process. HHS Careers will not allow you to create more than one account using the same email address or Social Security Number.

**29. This is the first time I have ever registered in HHS Careers and the system is telling me that someone already registered with my Social Security Number. How could this be?**

A: No one else is using your Social Security Number. You logged out of HHS Careers before you finished registering. Login to HHS Careers as a registered user, select "Edit Personal Information" and press "Next." You can then complete the registration process.

**30. I don't understand why the system won't let me in.**

A: Please review the procedures for logging into HHS Careers. You must be a registered user of HHS Careers before you can apply. In addition, when establishing a password, choose one that is at least 5 characters long and type it twice, making sure you use the same case both times.

**31. I tried to login using my email address and it doesn't work.**

A: Try using your HHS Careers (QuickHire) user ID# that you received from the system when you first registered in HHS Careers. If you don't have it, you can use your email address, but you must use the same case you used when you originally typed it into HHS Careers. For example, if you originally typed your email address using all capital letters, you must use all capitals when trying to login. It is often easier to use your HHS Careers (QuickHire) user ID# instead because it is a number and isn't case-sensitive.

**32. Will I receive a confirmation that my application was received?**

A: After you have selected to submit your application to a position, by clicking on the submit button, you will be presented with a page that informs you of the successful transmission of your application. If there were any issues, for example - if you did not answer all the mandatory questions, you will be informed that you need to select the Back button to update your application. In addition, you are welcome to review your application, check on its status, as well as email yourself a copy of the application using the Online Status option available on the log in page.

**33. Can I be automatically notified of DHHS vacancy announcements?**

A: Yes. HHS Careers allows applicants to automatically retrieve email notification if this option is chosen when the applicant establishes an account in the system.

**34. Where do I enter my knowledge, skills and abilities (KSAs)?**

A: You will supply information on how you meet the KSAs of the position by responding to the position-specific questions in the vacancy announcement. You are rated and referred based on your responses to the position-specific questions as supported by information in your resumé. The position-specific questions used in HHS Careers are derived from questions defined by the selecting official in consultation with a Human Resources Specialist, and have been validated by Agency subject matter experts, as appropriate, for the job vacancies in HHS Careers.

F7a 6 of 11          3/19/2005

**35. How is my application rated?**

A: The responses you provide to the questions are the basis for the numerical rating calculated by the system, in accordance with the weighting of questions as determined by the selecting official or Subject Matter Expert, and HR Specialist.

**36. How quickly will my application be rated?**

A: Your application will be rated automatically by the system one minute after midnight Eastern Time on the closing date of the vacancy announcement. However, a quality review will be conducted by the HR Office before the rating is finalized. Prior to the closing date of the vacancy announcement, you can go back into the system and change your responses or update your resumé, as necessary.

**37. Since the HHS Careers system will rate me according to my self-assessment and response to the questions, what prevents me from selecting those choices that give me the highest scores?**

A: Nothing will prevent you from doing this. However, falsifying or answering questions to mislead the system's automated process is no different than providing false or misleading information on your application under the old process. Applicants are reminded that this is a federal job application system. Providing false information, creating fake ID's or Social Security Numbers, or failing to answer all questions truthfully and completely may be grounds for not hiring you, for disbarment from Federal Service, or for dismissal after being hired. Falsifying a Federal job application, attempting to violate the privacy of others, or attempting to compromise this system is punishable by fine or imprisonment (U.S. Code, Title 18, section 1001).

**38. How will the HR Office verify my experience, education or responses to my questions?**

A: HHS Careers does not diminish or abolish the HR Specialist's role in verifying qualifications of individuals. The resumé, as well as the interview process can be used to address questionable situations or issues. Your answers to questions in your online application will be verified against information you provide in your resume and/or by reference checks and by requesting copies of your transcripts, veterans preference or other relevant forms.

**39. Do you have any recommendations for answering the vacancy-specific questions?**

A: We recommend you print the vacancy-specific questions before actually applying for the vacancy. If you are unsure of which answer to select, ensure that you select the one that best describes you experience and/or education. However, do not select an answer unless you fully meet all the criteria described for that response. If your experience only partially applies to your experience and/or education, do not select it. If a question requires an essay response, we recommend you create it in a word processing document and then copy

and paste it into the space provided for the response. Creating it in a word processing document before you start the application process will save you time and expedite the application process. Once you have answered all questions, select the "Finish" button at the bottom of the last screen to submit your application.

**40. When filling out an application, there is a question I can answer either of two different ways. Which answer should I select?**

A: If you're having a hard time deciding between two different answers to a question, make sure you select the one that best describes your education and/or experience. Do not select an answer unless you fully meet all the criteria described for that response. (Do not select an answer that only partially applies to you.)

**41. How do you confidentially collect EEO data from applicants?**

A: Applicants have the option to voluntarily and confidentially enter demographic information when initially registering in HHS Careers. To ensure the candidate's anonymity, the data is immediately encrypted - it cannot be tied to a specific person. Once the vacancy announcement closes, a demographic report can be generated; however, neither the HR Staff nor selecting official is able to associate the demographic data to any individual.

**42. How will I know whether I have successfully applied for a position?**

A: When you have finished answering all of the vacancy-specific questions and have selected the "Finish" button at the bottom of the last screen, a screen will appear that says, "Your application has been successfully transmitted!" If you have completed the registration process, and submitted a resume, then you have completed the on-line application process for this vacancy.

**43. Can I get a copy of my answers to the vacancy-specific questions?**

A: Yes. After you have finished answering all of the vacancy-specific questions, a screen will appear that states that your application has been successfully transmitted. On that screen there is an option for you to select to have the questions and your answers sent to your e-mail address.

**44. If I am not selected for a position, whom should I contact to find out why?**

A: If you are found ineligible for a particular position, you will automatically receive an email explaining the reason why. You may contact the HR Specialist listed on the vacancy announcement for further explanation.

**45. Is there any way I can see which positions I have applied**

for or find out the status of these vacancies?

A: In order to keep track of the vacancies for which you have applied, you should elect to receive an email confirmation of your application each time you apply for jobs in HHS Careers. Keep these as a record of your application and save it. You should also print a copy of the vacancy announcement itself, or at a minimum, note the name, telephone number, and email address of the HR Specialist listed as the contact person along with the vacancy announcement number and title of the position. If you have any questions about your application or the status of the vacancy, you should contact the Specialist listed in the vacancy announcement. Be sure to tell the Specialist the vacancy announcement and number title of the position.

**46. Can I have my information deleted from HHS Careers?**

A: No. DHHS can deactivate your application, but the information must remain in the system for historical purposes.

back to top

---

## Questions and Answers for Managers and Supervisors

**47. Why are you changing our current recruitment process?**

A: Our current recruitment process is cumbersome for applicants, managers and HR Staff and does not lend itself to being competitive with private industry or other Federal agencies already using new technology. HHS Careers will help DHHS's human resources offices to significantly improve timeliness, reduce paper and improve customer service in the recruitment process.

**48. How will HHS Careers impact me as a Selecting Official and/or Subject Matter Expert (SME)?**

A: You will no longer be required to develop job analysis and crediting/rating plans or identify knowledge, skills and abilities (KSAs) for positions in the traditional format. You will select the knowledge, skills, and abilities (KSAs) required for your position from the HHS Careers KSA library. KSAs will be in the form of questions that the applicant must answer when applying through HHS Careers. With the assistance of the HR Specialist, you will determine the importance of the KSA questions by assigning a numerical weight to specific questions. Applicants are rated and referred based on and their responses to the position-specific questions that the Selecting Official, in consultation with a Human Resources Specialist, identify as important to the job. The position-specific questions used in HHS Careers have been pre-loaded into the system, and validated by DHHS subject matter experts. This is a much simpler process than the current one.

Case 1:06-cv-01078-JDB    Document 29-5    Filed 09/12/2008    Page 25 of 48

**49. What kind of "position-specific" questions are stored in HHS Careers?**

A: Questions pertain to both minimum qualification requirements as well as ranking questions (formerly referred to as KSAs). Questions can be in a variety of formats, such as Yes/No, True/False, Number, Date, Short and Long Answer, Multiple Choice/Multiple Answer, and Matching.

**50. What happens if there are no relevant questions pertaining to my position stored in the HHS Careers system? Can new questions be added?**

A: Yes, the local site administrator can add new questions to the system at any time. These questions will be stored in the library and can be used for future vacancies.

**51. I routinely send my vacancy announcements to local and national organizations. Can HHS Careers help me with this?**

A: Yes, the Job Notifier feature in HHS Careers allows the HR Office to load, save, categorize and store multiple recruitment sources in the system. As each vacancy is prepared for announcement, the HR Specialist can select specific appropriate professional associations, educational institutions, or community organizations to receive the vacancy announcement. The system will automatically send an email message to the designated organizations informing them of the vacancy.

**52. If the system rates and ranks candidates, do I still need to designate a subject matter expert (SME) or rating/ranking panel for my vacancy?**

A: No. The intent is for the system to relieve the HR Specialist from having to go through the manual process of determining basic qualification requirements and to eliminate the need for SMEs and rating/ranking panels (QRBs). HR Specialists will consult up front with the manager or subject matter expert to determine the appropriate questions to be included in the vacancy, as well as the weights to be assigned. HHS Careers does not replace the need for subject matter input; it automates the time consuming rating and ranking process.

**53. I understand that the system is based on applicants' self-certifying their responses to the questions. How do I verify that they are answered honestly and that I receive quality candidates?**

A: Applicants will be reminded in the vacancy announcement about the penalties for providing false or misleading information. Additionally, the HR Specialist will conduct a quality review on the top rated applicants prior to issuing the certificate to the selecting official. The quality review will be a comparison of the applicant's responses to the questions and the applicant's resumé. HR Specialists will also request any additional information, e.g., college transcripts, SF-50's and verification of veterans preference. The selecting official should use the interview process to ask clarifying questions, when applicants'

experience and responses to questions are not commensurate with each other. Finally reference checks should always be conducted to verify information provided by the applicant prior to making a selection.

### 54. How will HHS Careers handle Title 42 announcements?

A: Title 42 positions will not be posted in HHS Careers at this time.

### 55. How will HHS Careers handle Commissioned Officers?

A: Commissioned Officers who wish to apply for competitive service positions under title 5 should follow the same procedures as other applications.

back to top

Last revised: January 25, 2005

HHS Home | Questions? | Contact HHS | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services · 200 Independence Avenue, S.W. · Washington, D.C. 20201

# EXHIBIT 17

David Shorts
July 2, 2008

Page 1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

SUSANNE ATANUS,                )
                               )
           Plaintiff,          )
                               )
      -vs-                     )  No. 06 C 1078
                               )
MICHAEL O. LEAVITT,            )
                               )
           Defendant.          )


     Discovery deposition of DAVID SHORTS taken

telephonically before DENNIS M. HARTNETT, CSR, and

Notary Public, pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, at Suite 1350,

53 West Jackson in the City of Chicago, Cook County,

Illinois, commencing at 12:00 o'clock p.m. on the 2nd

day of July A.D., 2008.


     There were present at the taking of this

deposition the following counsel:

22a25016-7fc8-42df-98ce-599fd8bf7103

David Shorts
July 2, 2008

Page 15

1      A    My national origin?

2      Q    Yeah.

3      A    Black.

4      Q    What did you say?

5      A    Black.

6      Q    Okay.  Did you have contact with Susanne Atanus

7   at any time?

8      A    Just by telephone and maybe an occasional

9   e-mail.

10     Q    Okay.  When was the first time you knew of her

11  existence?

12     A    That would be when she actually --

13     Q    That was my fault, I'm sorry.  Can you say that

14  again, we couldn't hear you.

15     A    Back when she actually requested EEO counseling

16  in the instant matter that's before us now.

17     Q    When was that, approximately?

18     A    I would say it was sometime in 2004.

19     Q    Okay.  And what was the nature or let me ask you

20  this, how did you first become aware of Susanne Atanus?

21     A    When the request for EEO counseling came in.

22     Q    Okay.  And what did you have to do with that, if

23  anything?

24     A    It was my responsibility to assign someone to

Dennis Hartnett Reporting
312-765-0137

22a25016-7fc8-42df-98ce-599fd8bf7103

David Shorts
July 2, 2008

Page 16

1  actually conduct the counseling.

2      Q    Okay.  And is that what you did?

3      A    That's what I did.

4      Q    And who did you assign?

5      A    There was a contact counselor, Susan Grimes.

6      Q    Susan Grimes?

7      A    Grimes was the contractor that we were dealing

8  with at that time.

9      Q    And what do you mean was the contractor?

10      A    That was, she was the, Susan Grimes and

11  Associates and that was the organization that we asked

12  to provide EEO counseling for.

13      Q    Was that a private company?

14      A    It's a contract that the Department has a

15  contractor relationship with.

16      Q    Right, but it's a private company, right?

17      A    It was, uh-huh.

18      Q    Okay.  And did Susan Grimes, if you know,

19  actually counsel Miss Atanus?

20      A    I don't recall whether she provided the

21  counseling or not.

22      Q    Do you know who did?

23          Are you thinking?

24      A    No, I don't.  That information would be on the

Dennis Hartnett Reporting
312-765-0137

David Shorts
July 2, 2008

Page 72

1      Q    Okay.  Do you know anything about Miss Atanus'
2  qualifications for the writer/editor job she applied for
3  at HHS?
4      A    No.
5      Q    Did you ever try to find out about them?
6      A    No.
7      Q    And why not?
8      A    There was no reason for me to.
9      Q    Why was there no reason?
10     A    I had no interest in knowing about her
11  qualifications.
12     Q    I understand, I am just asking why?
13     A    Because that's, when they apply for jobs, that's
14  the HR's responsibility.
15     Q    It wasn't your job essentially, right?
16     A    I am not a staffing specialist, so, it wasn't,
17  it's my job to really or my interest is to determine why
18  she may or may not have been considered for that job
19  that she applied for.
20     Q    Do you know whether or not people of a certain
21  religion were given preference in hiring at HHS?
22     A    No, I have no knowledge of that.
23     Q    How about people of certain national origin?
24     A    No.

Dennis Hartnett Reporting
312-765-0137

22a25016-7fc8-42df-98ce-599fd8bf7103

David Shorts
July 2, 2008

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )
          IN THE CIRCUIT COURT OF COOK COUNTY
               COUNTY DEPARTMENT - LAW DIVISION

SUSANNE ATANUS,              )
                            )
          Plaintiff,        )
                            )
     -vs-                   )    No. 06 C 1078
                            )
MICHAEL O. LEAVITT,         )
                            )
          Defendant.        )

          I, DAVID SHORTS, being first duly sworn, on
oath say that I am the deponent in the aforesaid
deposition taken on July 2, 2008; that I have read the
foregoing transcript of my deposition, consisting of
pages 1 through 92 inclusive, and affix my signature to
same.

                              _David Shorts_____
                              DAVID SHORTS

SUBSCRIBED AND SWORN TO
before me this _____ day of
_____
A.D. 2008.


_____
     Notary Public

               Dennis Hartnett Reporting
                  312-765-0137

22a25016-7fc8-42df-98ce-599fd8bf7103

# EXHIBIT 18

Cert #: SA-HHS-0001

Vacancy: HHS-OIG-2004-0160 Writer Editor

Grade: 11/12

Locations: Atlanta, GA,Boston, MA,Chicago, IL,Dallas, TX,Kansas City, MO,New York, NY,Philadelphia, PA

Applicant: GREISSEL, MICHAEL

# Personal Data

| First Name: | MICHAEL |
|---|---|
| MI: | E |
| Last Name: | GREISSEL |
| Address1: | ▃▃▃▃▃▃▃▃ |
| Address2: | |
| City: | EVANSTON |
| State: | IL |
| Zip Code: | 60203 |
| Plus 4: | 1431 |
| Phone: | ▃▃▃▃▃ |
| Email: | ▃▃▃▃▃ |
| US Citizen: | Y |
| Veteran Preference: | Not a veteran |
| Start of Service: | |
| End of Service: | |

# Core Questions

| | | |
|---|---|---|
| 1 | Are you a veteran who was separated from the armed forces under honorable conditions after completing an initial continuous tour of duty of 3 years (may have been released just a few days short of three (3) years)? | |
| | No | |
| 2 | Individuals who have retired from active military service with a disability rating of thirty (30) percent or more OR who have been rated by the Department of Veteran Affairs (VA) within the proceeding twelve (12) months as having a compensable service-connected disability of thirty (30) percent or more are eligible for a noncompetitive temporary appointment for more than sixty (60) days or a term appointment. Are you eligible for such appointments? | |
| | No | |

| 3 | If you are a current Federal civilian employee, are you serving under a VRA Appointment as defined by the categories below? |
| | No |
| 4 | If you are currently a Federal civilian employee (or Commissioned Corps Officer/Applicant), by what agency and organization are you employed? |
| | I am not a current Federal employee |
| 8 | If you are currently a Federal employee (or Commissioned Corps Officer/Applicant), under what type of appointment are you serving? |
| | Not Applicable |
| 10 | Are you a student appointee under the Student Career Experience Program (SCEP) who has completed all requirements for graduation and conversion under the SCEP appointing authority and is in the 120 day period for conversion to term, career or career-conditional appointment? |
| | No |
| 11 | If you are NOT currently serving in the competitive service as a permanent career or career conditional Federal employee, are you eligible for reinstatement? |
| | Not Applicable |
| 13 | If you are, or ever were, a Federal civilian employee, please indicate the grade level of the position referenced in the above question: |
| | Not Applicable |
| 16 | If you are a male at least 18 years of age, born after December 31, 1959, have you registered with the Selective Service System? |
| | Yes |
| 17 | Are you a retiree receiving a Federal annuity, either military or civilian? |
| | No |
| 18 | Have you accepted a buyout from a Federal agency within the past five (5) years? |
| | No |
| 19 | Are you eligible for noncompetitive appointment under a Special Appointing Authority (e.g. Outstanding Scholar, present or former Peace Corps personnel, current Postal Service personnel, etc)? |
| | No |
| 21 | Are you eligible for the Federal Employment Program for Persons with Disabilities? (For information on Schedule A appointments, see the OPM website.) |
| | No |
| 22 | Are you eligible for Indian preference as defined by the Department of the Interior (DOI) and as evidenced by appropriate Bureau of Indian Affairs (BIA) authorized certification? |
| | No |
| 23 | Are you eligible for preference based on being a Public Law 94-437 Indian Health Service Scholarship recipient? For more information, please click here. |
| | No |
| 24 | Displaced employee information: |
| | I am not a displaced employee from a Federal Agency. |

# Vacancy Data

## HHS-OIG-2004-0160 Writer Editor

| | | |
|---|---|---|
| 11 | 1 | GS-11 Choose one answer that best describes your experience, education, or combination of education and experience as related to the basic qualification requirements for this position: |
| | | **Answer(0 points):** I have at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-09 level in the Federal service as described in the vacancy announcement. |
| 12 | 1 | GS-12 Choose one answer that best describes your experience as related to the basic qualification requirements for this position: |
| | | **Answer(0 points):** I have at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-11 level in the Federal service as described in the vacancy announcement. |
| All Grades | 1 | Select the answer that describes your education/experience in researching, analyzing, and evaluating complex information. |
| | | **Answer(9 points):** In addition to independently performing this task as a regular part of my job, I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as expert for assistance in performing task. |
| All Grades | 2 | From the answer choices below, please select the one that best reflects your ability to communicate technical and non-technical information in writing. |
| | | **Answer(18 points):** I have been acknowledged for my ability to write technical and non-technical information for a variety of inside and outside readers. My writing skills are considered to be of superior quality. |

| | | |
|---|---|---|
| | | Please describe below your ability to communicate clearly in writing a variety of legal and/or analytical and technical documents or articles that require a research and analytical approach: |
| All Grades | 3 | **Answer(0 points):** In my current position as Editor of Industrial Paint & Powder magazine, I need to be able to write news and feature stories and edit the writing of others on both technical and non-technical matters related to liquid paint and powder coating. This includes finishing processes that involve infrared, ultraviolet, electron beam, electrocoating and convection curing. To understand and adequately convey this information to readers, I research materials from the Internet, company Web sites and libraries. My work also involves extensive interviews in person, by phone and by e-mail. I also write editorials that discuss manufacturing, economics, employment, government regulations, and much more, all of which require research, analysis and good communication skills. Before writing about the paint industry, I wrote about the steel industry. The technical features I wrote involved everything from making various types of steel from raw materials to rolling it into steel strip, coil and plate, to manufacturing automobiles and many other industrial and consumer products. There, too, I wrote about management and labor, environmental regulations, economics, politics and health and safety. Many of these feature stories, news items and columns involved extensive research, analysis and interviewing. Academically, I have a BA in communications and an MA in Creative Writing. For my master`s thesis, I wrote a novel about a Navajo chairman that involved more than two years of research (including spending time on the Navajo Reservation). My research involved reading hundreds of newspapers, pouring through dozens of books and interviewing Native Americans. And along the way to receiving these degrees, there were many research papers that needed to be written. |
| All Grades | 4 | I have reviewed and edited documents produced by others to ensure proper quality, content, and grammatical usage prior to dissemination or publication. |
| | | **Answer(12 points):** True |
| All Grades | 5 | I have written and edited: |
| | | **Answer(18 points):** Technical Articles<br>Press Releases<br>Technical Manuals<br>Brochures<br>Pamphlets<br>Speeches<br>Scripts<br>Reports of audit findings<br>Periodicals |
| All Grades | 6 | Have you worked in a high level office with complex assignments of a widely varying nature, short deadlines, and competing demands for attention? |
| | | **Answer(12 points):** Yes |
| All Grades | 7 | Indicate which of the following personal computer and word processor software you are proficient in using (proficient means you understand and utilize a major part of the system`s functionality/capabilities). |
| | | **Answer(3 points):** Microsoft Word<br>Microsoft Powerpoint<br>Word Perfect<br>Windows 98<br>Windows 2000 |

| All Grades | 8 | Have you searched for and extracted information from files, documents, reports, publications, or other materials to compose written materials? |
| | | **Answer(15 points):** In addition to independently performing this task as a regular part of my job, I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as expert for assistance in performing task. |
| All Grades | 9 | Which of the following best reflects your ability to communicate technical and non-technical information orally? |
| | | **Answer(9 points):** I have been acknowledged by management for my ability to orally communicate technical and non-technical information to a variety of inside and outside persons. |
| All Grades | 10 | Choose a method of consideration - Please select one choice from the following: |
| | | **Answer(0 points):** (DE) I am not a Federal employee in the career competitive service with permanent or conditional tenure OR I am a current or former Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my Standard Form 50 (Notice of Personnel Action), please consider me only through the Delegated Examining process. |

# RESUME for MICHAEL GREISSEL

# RESUME

Michael Greissel
~~██████████████~~
Evanston, IL 60203
~~██████████████~~

8-11-04

Dear HHS Office:

 I am writing to express my interest in the Writer/Editor position advertised in the Chicago Tribune. I have experience in journalism, promoting and explaining organization programs and activities, writing manuals and brochures, writing for the Internet, public information writing, teaching, public speaking and a variety of software. As a journalist, I maintain a broad knowledge of current social, economic, legal and political issues.
 For more than 10 years I have researched, written and edited news, feature articles, and columns for magazines and newspapers. At Rotary International, I worked with various Rotary Foundation departments to promote its educational and cultural programs. I wrote a film script, fundraising and promotional brochures, a newsletter and handbooks, news and feature stories, and assisted with other projects, such as the Rotary Foundation's annual report. I spent several years teaching English composition at the college level, and I will continue to do so part-time this fall. I also spent more than two years researching the Navajo people and a former tribal chairman for a novel I wrote as my thesis project at Columbia College.

For the past three years, I have been the Editor of
Industrial Paint & Powder, a trade journal with a
circulation of 39,000. I edit and proofread all of the
features, departments and columns, and I write a column,
at least one feature and the departments for most issues.
I also write and edit a Show Daily for our industry's
largest trade show and edit a technical newsletter that is
published several times per year. I also write for a BNP
Media sister publication, Quality magazine, and I am
actively involved in industry associations.
 In recent years I have spoken at industry conferences and
organized and moderated roundtables with top industry
executives. This past year I launched two new columns and
formed an editorial advisory board that includes
executives of organizations such as Boeing,
DaimlerChrysler and NASA. Through contacts made at
industry conferences and other events, I have been able to
secure feature articles and columns from the brightest and
most influential professionals in our industry.
 I understand the importance of always being a team
player, and I am committed to deadlines, to quality and to
inspiring the best in my colleagues.
 I look forward to discussing my qualifications and how I
may benefit the Department of Health and Human Services.

Sincerely,

Michael Greissel

---

Michael Edward Greissel   847/675-2124 (home)
9325 Ewing Ave.     630/694-4022 (work)
Evanston, IL 60203


Writer/Editor


EXPERIENCE

Feb. 2001 to present: BNP Media, 1050 IL Route 83, Suite
200, Bensenville, IL 60106. 630-616-0200. Senior Editor
(through Aug. 2001), Editor (Sept. 2001 to present),
Industrial Paint & Powder magazine. Assign feature
articles dealing with the industrial coatings finishing
industry to freelance writers and columns to industry
experts. Edit and proofread all features, departments,
columns and special sections. Write columns as needed, one
or two features most months and all departments.  Created
two new columns for the magazine--In Focus and Industry
Forum--and work with industry leaders who write them.
Created an editorial advisory board comprising prominent
industry leaders from the major paint and coatings
associations, consultants, top industry suppliers and
finishers, including executives from NASA, Boeing and
DaimlerChrysler. Attend and speak at industry conferences
and other events. Manage, write, edit and proofread a Show
Daily at our most important annual industry conference.
Edit Powder R&D Newsletter, a technical publication about
powder coating formulation. Work with the research
department on two important annual surveys--an R&D Survey
and Finishing Market Forecast--widely respected and cited
within the industry, and write articles based on the

results. Plan the editorial calendar. (Salary: with bonus,
etc., @ $48K, full-time)
Supervisor: Brett Ryden, Publisher.

Feb. 1998 to Feb. 2001: Cahners Business Information, 2000
Clearwater Drive, Oak Brook, IL 60202. 630-228-8000.
Senior Editor, Industrial Paint & Powder magazine;
Managing Editor, New Steel magazine (through May 2000).
For Industrial Paint & Powder: researched and wrote 2 to 3
technical and/or general business features covering the
industrial coatings industry for each monthly issue, a
monthly column reviewing industry Web sites, environmental
news stories, and other writing assignments as necessary;
edited mostly technical articles and columns by
contributing editors and staff writers; proofread each
page of every issue; attended industry conferences and
trade shows; and assisted with developing the editorial
calendar. For New Steel: researched and wrote at least one
technical or general business feature covering the steel
industry for each issue, an editorial for two issues each
year, and 5 to 10 news stories per issue; edited news
stories and features written by staff writers and
contributing writers; edited columns by contributing
editors covering the environment, politics, trade,
technology and industry technical standards; proofread all
pages of the magazine; solicited columns on safety from
steel company safety and health managers and edited them;
wrote and edited news items weekly for an e-commerce Web
site and oversaw affairs between the magazine and
e-commerce company; invited panelists to speak at
conferences sponsored by New Steel; organized and
moderated a roundtable discussion among top industry
executives each year in New York City; interviewed
industry analysts and others to nominate candidates for
annual awards honoring a top CEO and steel-plant manager;
attended trade shows and conferences; assisted in
determining the editorial calendar; managed an extensive
photo library; and other assignments as needed. Supervisor
at New Steel: Bryan Berry, Editor. Supervisor at
Industrial Paint & Powder: Jane Bailey, Editor. (Salary:
$42K, full-time)

Aug. 1996 to Feb. 1998: Rotary International, 1560 Sherman
Avenue, Evanston, IL 60201. 847-866-3000. Senior Writer.
Served as the principal writer for the educational
programs of The Rotary Foundation. Duties included writing
news and feature stories about individual Rotarians and
their clubs in countries around the world for the Rotary
News Basket, a weekly publication; news and feature
stories for The Rotarian magazine, a monthly publication;
and news items for Rotary World, published five times
annually; wrote most of the stories for Reconnections, a
publication for alumni of the various educational programs
of The Rotary Foundation—Group Study Exchange, Rotary
Ambassadorial Scholars, Grants for University
Teachers—published biannually; suggested, wrote, chose the
photos, and helped design a publication commemorating the
50th anniversary of the Ambassadorial Scholarships
program; hosted a roundtable of the first Ambassadorial
Scholars that included former diplomats and other
accomplished figures; wrote the script for an educational
slide presentation for clubs; edited and helped design a

variety of brochures to raise money for the foundation's
programs; updated, edited, and sometimes helped redesign
the foundation's various handbooks that describe the
foundation's many programs and govern the clubs'
participation in them, as well as the handbooks that
describe the rules and regulations by which all clubs
worldwide must operate. Supervisor: F. Paige Carlin.
(Salary: $33K, full-time)

Jan. 1995 to Jan. 1996: Century Communications, 6201
Howard Street, Niles, IL 60714. Associate Editor, finally
Managing Editor, Contractors Guide magazine. Wrote
features and news covering the construction industry,
particularly roofing; edited columns written by
contributing editors on roofing, finance, and general
business information; wrote several departments, such as
product news; attended industry conferences; helped
formulate the editorial calendar and develop cover ideas;
performed other duties as needed. Supervisor: Greg
Ettling. (Salary: $28K, full-time)

1994-1997: College of Lake County, 19351 Washington
Street, Grayslake, IL 60030. 847-223-6601. Instructor,
English composition. Supervisor: Alice Donahue. (Salary:
per hour, part-time)

Other: For several years I freelanced for the Louisville
(Ky.) Courier Journal. My work also has appeared in other
publications, most recently the Hamilton (Ontario, Canada)
Spectator. For two years while I was in college, I worked
part-time as Weekend Assignment Desk Editor at WAVE-TV in
Louisville, Ky. There I wrote short news pieces;
coordinated the activities of reporters, photographers and
editors; monitored police, fire and other emergency
services radios; and other assignments as needed.

EDUCATION

M.A. in Creative Writing, Columbia College, 600 S.
Michigan Ave., Chicago, IL 60605. 39 semester hours; 114 QPT

B.A. in Communications/Journalism, University of
Louisville, 2301 S. Third St., Louisville, KY 40292. 128
semester hours

Grant Writing course, College of Urban Planning and Public
Affairs, University of Illinois at Chicago, 412 S. Peoria
St., Chicago, IL 60607

Atherton High School, Louisville, KY. Graduated 1981

REFERENCES

Bryan Berry, Professor, University of St. Francis, 500
Wilcox St., Joliet, IL. Phone: 815-740-3360 (W)
815-740-1160 (H)

Tom Bagsarian, Managing Editor, Hanley-Wood, 426 S.
Westgate St., Addison, IL 60101. Phone: 630-705-2625

Greg Ettling: Editor, BNP Media, 1050 IL Route 83, Suite
200, Bensenville, IL 60106. Phone: 630-616-0200

Diana Mirel, Associate Editor, Associated Publications
Inc., 1956 N. Sheffield, Apt. Basement, Chicago, IL 60614.
Phone: 312-455-0845

# EXHIBIT 19

Cert #: SA-HHS-0001
Vacancy: HHS-OIG-2004-0160 Writer Editor
Grade: 11/12
Locations: Boston, MA,Dallas, TX,New York, NY,Philadelphia, PA

Applicant: LIVERHANT, CHARLES

# Personal Data

| First Name: | CHARLES |
|---|---|
| MI: | J |
| Last Name: | LIVERHANT |
| Address1: | ~~redacted~~ |
| Address2: | ~~redacted~~ |
| City: | NEW YORK |
| State: | NY |
| Zip Code: | 10040 |
| Plus 4: | 2511 |
| Phone: | ~~redacted~~ |
| Email: | ~~redacted~~ |
| US Citizen: | Y |
| Veteran Preference: | Not a veteran |
| Start of Service: | |
| End of Service: | |

# Core Questions

| 1 | Are you a veteran who was separated from the armed forces under honorable conditions after completing an initial continuous tour of duty of 3 years (may have been released just a few days short of three (3) years)? |
|---|---|
| | No |
| 2 | Individuals who have retired from active military service with a disability rating of thirty (30) percent or more OR who have been rated by the Department of Veteran Affairs (VA) within the proceeding twelve (12) months as having a compensable service-connected disability of thirty (30) percent or more are eligible for a noncompetitive temporary appointment for more than sixty (60) days or a term appointment. Are you eligible for such appointments? |
| | No |

| 3 | If you are a current Federal civilian employee, are you serving under a VRA Appointment as defined by the categories below? |
|---|---|
| | No |
| 4 | If you are currently a Federal civilian employee (or Commissioned Corps Officer/Applicant), by what agency and organization are you employed? |
| | I am not a current Federal employee |
| 6 | If your position is covered by an HHS bargaining unit, please indicate to which bargaining unit it belongs. |
| | Not Applicable |
| 8 | If you are currently a Federal employee (or Commissioned Corps Officer/Applicant), under what type of appointment are you serving? |
| | Not Applicable |
| 10 | Are you a student appointee under the Student Career Experience Program (SCEP) who has completed all requirements for graduation and conversion under the SCEP appointing authority and is in the 120 day period for conversion to term, career or career-conditional appointment? |
| | No |
| 11 | If you are NOT currently serving in the competitive service as a permanent career or career conditional Federal employee, are you eligible for reinstatement? |
| | Not Applicable |
| 13 | If you are, or ever were, a Federal civilian employee, please indicate the grade level of the position referenced in the above question: |
| | Not Applicable |
| 16 | If you are a male at least 18 years of age, born after December 31, 1959, have you registered with the Selective Service System? |
| | Yes |
| 17 | Are you a retiree receiving a Federal annuity, either military or civilian? |
| | No |
| 18 | Have you accepted a buyout from a Federal agency within the past five (5) years? |
| | No |
| 19 | Are you eligible for noncompetitive appointment under a Special Appointing Authority (e.g. Outstanding Scholar, present or former Peace Corps personnel, current Postal Service personnel, etc)? |
| | No |
| 21 | Are you eligible for the Federal Employment Program for Persons with Disabilities? (For information on Schedule A appointments, see the OPM website.) |
| | No |
| 22 | Are you eligible for Indian preference as defined by the Department of the Interior (DOI) and as evidenced by appropriate Bureau of Indian Affairs (BIA) authorized certification? |
| | No |
| 23 | Are you eligible for preference based on being a Public Law 94-437 Indian Health Service Scholarship recipient? For more information, please click here. |
| | No |

| 24 | Displaced employee information: |
|    | I am not a displaced employee from a Federal Agency. |

# Vacancy Data

## HHS-OIG-2004-0160 Writer Editor

| 11 | 1 | GS-11 Choose one answer that best describes your experience, education, or combination of education and experience as related to the basic qualification requirements for this position: |
|    |   | **Answer(0 points):** I have completed 3 full years of progressively higher level graduate education OR possess a Ph.D. or equivalent doctoral degree. |
| 12 | 1 | GS-12 Choose one answer that best describes your experience as related to the basic qualification requirements for this position: |
|    |   | **Answer(0 points):** I have at least one year of specialized experience that has equipped me with the particular knowledge, skills, and abilities to successfully perform the duties of the position. This experience is related to the work of the position and equivalent to at least the GS-11 level in the Federal service as described in the vacancy announcement. |
| All Grades | 1 | Select the answer that describes your education/experience in researching, analyzing, and evaluating complex information. |
|            |   | **Answer(9 points):** In addition to independently performing this task as a regular part of my job, I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as expert for assistance in performing task. |
| All Grades | 2 | From the answer choices below, please select the one that best reflects your ability to communicate technical and non-technical information in writing. |
|            |   | **Answer(18 points):** I have been acknowledged for my ability to write technical and non-technical information for a variety of inside and outside readers. My writing skills are considered to be of superior quality. |

| All Grades | 3 | Please describe below your ability to communicate clearly in writing a variety of legal and/or analytical and technical documents or articles that require a research and analytical approach: |
|---|---|---|
| | | **Answer(0 points):** My principle strengths as a writer include: 1. The ability to handle a large variety of different material, all in perfectly appropriate style and tone, 2. Very quick evolution of highly polished copy from the absolute barest of skeleton outlines with minimal subsequent direction or instruction necessary, 3. The ability to provide highly articulate executive level speeches that convey the specific ideas intended by the speaker as per verbal instruction, 4. Very quick turn around, including rush/overnight jobs without the slightest diminution in work quality, 5. Perfect word usage and syntax, and wherever a more formal or academic tone is required, absolutely impeccable English Grammar, 6. The ability to edit dense material or rewrite very specific academic, legal, medical, scientific, or technical subject matter (including Patent/Trademark Applications and related Appeals). In addition to obtaining a law degree from New York Law School in 1989, I also prosecuted my own pro se patent application to issuance in 1993 (US Patent# 5,240,535). |
| All Grades | 4 | I have reviewed and edited documents produced by others to ensure proper quality, content, and grammatical usage prior to dissemination or publication. |
| | | **Answer(12 points):** True |
| All Grades | 5 | I have written and edited: |
| | | **Answer(16 points):** Technical Articles<br>Press Releases<br>Technical Manuals<br>Brochures<br>Pamphlets<br>Speeches<br>Scripts<br>Periodicals |
| All Grades | 6 | Have you worked in a high level office with complex assignments of a widely varying nature, short deadlines, and competing demands for attention? |
| | | **Answer(12 points):** Yes |
| All Grades | 7 | Indicate which of the following personal computer and word processor software you are proficient in using (proficient means you understand and utilize a major part of the system`s functionality/capabilities). |
| | | **Answer(3 points):** Microsoft Word<br>Microsoft Excel<br>Word Perfect<br>Windows 98<br>Windows 2000 |
| All Grades | 8 | Have you searched for and extracted information from files, documents, reports, publications, or other materials to compose written materials? |
| | | **Answer(15 points):** In addition to independently performing this task as a regular part of my job, I have supervised performance of this task and/or I have trained others in performance and/or am normally consulted by others as expert for assistance in performing task. |

| All Grades | 9 | Which of the following best reflects your ability to communicate technical and non-technical information orally? |
| | | **Answer(9 points):** I have been acknowledged by management for my ability to orally communicate technical and non-technical information to a variety of inside and outside persons. |
| All Grades | 10 | Choose a method of consideration - Please select one choice from the following: |
| | | **Answer(0 points):** (DE) I am not a Federal employee in the career competitive service with permanent or conditional tenure OR I am a current or former Federal employee in the career competitive service with permanent or conditional tenure, as indicated on my Standard Form 50 (Notice of Personnel Action), please consider me only through the Delegated Examining process. |

# RESUME for CHARLES LIVERHANT

# RESUME

E-mail 1: ~~Speechwriter1234@freelanceWriter.com~~
E-mail 2: ~~charles@yahoo.com~~

Charles J. Liverhant
~~address~~
New York, NY 10040
~~phone~~

OBJECTIVE:

Corporate or Philanthropic Speechwriter or
Communications Specialist position requiring
the highest level of precise professional writing for
executive journals, proposals, annual reports,
press releases and newsletters, or consumer
oriented promotional literature, brochures,
collateral materials and advertising copy.

EDUCATION:

J.D., New York Law School (57 Worth St. NY,NY),1989
B.A., Union College (Schenectady, NY), 1985
Major: History
Horace Mann School (Riverdale, NY), 1975-1979
Ramaz School (125 East 85 Street), 1968-1975

EXPERIENCE:

1990-Present Freelance Writer/Editor

Specializing in writing and editing academic,
professional and corporate publications. Freelance
projects include medical and industry newsletters,
company brochures, Stanford 9 standardized
scholastic achievement test preparatory materials
consisting of passages and multiple choice question
sets for national publisher of SAT preparatory texts.
Other projects include editing submissions for AMA,
APA, ABA, and other scientific, academic, and

legal journals.

1998-1999
Sephardic Community Center (Brooklyn, NY)

HPER Director, Grant Writer, In-House
Magazine Editor (1997-1999)

Writing responsibilities included grant proposals
and executive speechwriting for non-profit agency,
as well as extensive writing and editing of feature
articles on exercise, nutrition, fitness, health,
and injury prevention/rehabilitation appearing in
monthly magazine (circulation: 10,000), agency
brochures, and promotional materials.

1993-1996 Tuf-Tape International Co.,Inc.
Founder/Inventor/CEO

Awarded U.S. Patent # 5,240,535 for synthetic
vinyl reusable substitute for disposable athletic
tape. Designed, developed and marketed original
sports product. Subsequently negotiated sale of
exclusive rights to major international corporation.

PERSONAL:

Single
U. S. Citizen
Excellent Health
Writing samples and transcripts
available upon request.

REFERENCES:

The Law Firm of Barton and Zasky (212) 687-6262
Sherri Plotkin, Esq., Managing Partner

Sephardic Community Center (718) 627-4300
Meir Jolovitz, Assistant Executive Director (x218)

SALARY HISTORY:

Community Center HPER Director 1998-1999
$50k Range